1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  JONATHAN E. HESS (#019127)
   Trial Attorney
4  230 North First Avenue, #204
   Phoenix, Arizona  85003-1706
5  (602) 682-2600 (phone)
   (602) 514-7270 (fax)
6  E-mail:  Jon.E.Hess@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| MORTGAGES LTD., | ) | Case No. 2:08-bk-07465-RJH |
| | ) | |
| | ) | APPOINTMENT OF OFFICIAL |
| | ) | COMMITTEE OF UNSECURED |
| Debtor. | ) | CREDITORS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1.  Enable Staffing
    Attn:  Cameron Kerner
    88 S. San Marcos Place, #204
    Chandler, AZ  85225
    (602) 326-6671 (phone)
    (480) 422-6107 (fax)

2.  Kirk Guthrie Interiors
    Attn: Kirk Guthrie
    2235 E. Rose Garden Loop
    Phoenix, AZ  85024
    (602) 418-1725 (phone)
    (602) 971-2668 (fax)

. . .

```
 1           3.   Sternfels & White PLLC
                  Attn: Robert Sternfels
 2                16803 E. Palisades Blvd.
                  Fountain Hills, AZ 85268
 3                (480) 816-9985 (phone)
                  (480) 816-5342 (fax)
 4

 5                                    Respectfully submitted,

 6                                    ILENE J. LASHINSKY
                                      United States Trustee
 7                                    District of Arizona

 8

 9  Dated:   July  10 , 2008.          /s/ JEH (#019127)
                                       JONATHAN E. HESS
10                                     Trial Attorney

11  Copies of the foregoing mailed to
    the creditors appointed as listed
12  above, and the following this
    10th day of July, 2008:
13
    Carolyn J. Johnsen
14  Jennings, Strouss & Salmon, PLC
    201 E. Washington St., 11th Fl.
15  Phoenix, AZ  85004-2385
    Attorney for Debtor
16
    Donald L. Gaffney
17  Snell & Wilmer, LLP
    400 E. Van Buren
18  Phoenix, AZ  85004-2202

19
    /s/ C. Dior
20
```

- 2 -