Randy Nussbaum, #006417
Peter M. Gennrich, #021788
**NUSSBAUM & GILLIS, P.C.**
14500 N. Northsight Blvd., Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
rnussbaum@nussbaumgillis.com

Proposed Attorneys for Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MORTGAGES, LTD.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No: 2-08-bk-07465-RJH<br><br>**PETITION FOR AUTHORITY TO RETAIN NUSSBAUM & GILLIS, P.C. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED OF UNSECURED CREDITORS** |

The Official Committee of Unsecured Creditors (the "Official Committee") of Mortgages, Ltd. (the "Debtor") petitions the Court to approve the appointment and retention of Nussbaum & Gillis, P.C. ("Nussbaum & Gillis"), *nunc pro tunc* to July 18, 2008, as counsel for the Official Committee to provide the services set forth herein and respectfully represents as follows:

1. On June 20, 2008, an Involuntary Chapter 7 Petition was filed by certain creditors of Debtor.

2. On Motion of Debtor, the Court ordered converting this case to Chapter 11.

3. On July 10, 2008, the Official Committee was formed by the United States Trustee's office for this jurisdiction.

4. Nussbaum & Gillis lawyers have extensive experience in bankruptcy and creditor's rights.

5. The professional legal services Nussbaum & Gillis shall render include, without limitations, the following:

a. To assist, advise and represent the Official Committee and its constituencies in connection with the administration of Debtor's case;

b. To assist, advise and represent the Official Committee in any investigation of the acts, conduct, assets, liabilities and financial condition of Debtor, the operation and profitability of Debtor, the operation of Debtor's business and the desirability of the continuance or disposition of such business, and any other matters relevant to Debtor's case or to the formation of the plan of reorganization;

c. To assist, advise and represent the Official Committee in its participation in the negotiation, formulation and drafting of a plan of reorganization, and in its advice to those represented by the Official Committee as to the Official Committee's recommendation with respect to any such plan of reorganization;

d. To assist, advise and represent the Official Committee in the performance of all of its duties and powers, under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interest of those represented by the Official Committee.

6. Nussbaum & Gillis has rendered services to the Official Committee from July 18, 2008, the date the Official Committee selected Nussbaum & Gillis to represent it, through and including the date hereof in connection with Debtor's activities.

7. Nussbaum & Gillis has stated that it is willing to serve as counsel to the Official Committee and to receive compensation and reimbursement in accordance with its customary billing rates and practices (as the Court may approve, consistent with the Bankruptcy Code and Bankruptcy Rules) for services rendered and actual and necessary expenses incurred on behalf of the Official Committee, in accordance with the provisions of Sections 328, 330, and 331 of the Bankruptcy Code with such compensation and reimbursement to be paid from Debtor's estate.

8. Upon information and belief, the hourly rates of those attorneys of Nussbaum & Gillis who may be involved in this case range as follows:

2

| | | |
|---|---|---|
| Partners | $275 - $400 | |
| Associates | $175 - $300 | |
| Paralegals | $135 - $150 | |

These rates are the same rates as are generally charged for services rendered in all matters handled by Nussbaum & Gillis and are competitive with those charges by other firms for services comparable to those provided by Nussbaum & Gillis. Nussbaum & Gillis's rates are adjusted from time to time.

9. To the best of the Official Committee's knowledge, information and belief, Nussbaum & Gillis has no connection with the Debtor, the creditors or any other parties-in-interest. Nussbaum & Gillis has no interest adverse to the unsecured creditors with respect to the matters upon which it is being engaged. As a result, Nussbaum & Gillis is eligible to serve as Official Committee counsel under Section 1103 of the Bankruptcy Code.

10. Based on the foregoing, the Official Committee submits that the retention of Nussbaum & Gillis as its counsel, *nunc pro tunc* to July 18, 2008, would be in the best interest of the estate and its creditors.

11. No previous applications for the relief requested herein have been made to this or any other court. This Court has jurisdiction to hear this Application pursuant to 28 U.S.C. §§ 157 and 1334.

WHEREFORE, the Official Committee respectfully requests the Court grant it the following relief:

    A. That the Court authorize it to employ and retain the law firm of Nussbaum & Gillis as counsel, *nunc pro tunc* to July 18, 2008, to perform legal services described herein; and

    B. That the Court grant is such other and further relief as the Court may determine is just and proper.

DATED this 22 day of July, 2008.

          **OFFICIAL COMMITTEE OF**
          **UNSECURED CREDITORS**

          /s/ Kirk Guthrie
          Kirk Guthrie
          Committee Chair

COPY of the foregoing mailed on
this 23 day of July, 2008, to:

Jonathan E. Hess
U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix AZ 85003

Carolyn J. Johnsen
**JENNINGS, STROUSS & SALMON, P.L.C.**
201 West Washington Street
Phoenix, Arizona 85004
Attorneys for Debtor

/s/ Susan Vasquez
Susan Vasquez

4

665161_1