1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  JONATHAN E. HESS (#019127)
   Trial Attorney
4  230 North First Avenue, #204
   Phoenix, Arizona 85003-1706
5  (602) 682-2600 (phone)
   (602) 514-7270 (fax)
6  E-mail: Jon.E.Hess@usdoj.gov

7                UNITED STATES BANKRUPTCY COURT

8                     DISTRICT OF ARIZONA

9  In re                        )    Chapter 11
                                )
10 MORTGAGES LTD.,              )    Case No. 2:08-bk-07465-RJH
                                )
11                              )    APPOINTMENT OF OFFICIAL
                                )    COMMITTEE OF INVESTORS
12            Debtor.           )

13         Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the
14 following investors of the above-captioned debtor, being among those
15 holding the largest investments and who are willing to serve, are
16 appointed to the official committee of investors:

17         1.   HoneyLou Reznik
                210 West Myrtle Avenue
18              Phoenix, AZ 85021-8732

19         2.   Eva Sperber-Porter
                8698 E. San Alberto Drive
20              Scottsdale, AZ 85258

21         3.   Robert Facciola
                1965 Portola Road
22              Woodside, CA 94062

23         4.   Jon Bliven
                2215 N. Val Vista Drive
24              Mesa, AZ 85213

25

26

27

28 . . .

```
 1            5.   Joseph Baldino
                   7251 N. Red Ledge Drive
 2                 Paradise Valley, AZ 85253

 3                                      Respectfully submitted,

 4                                      ILENE J. LASHINSKY
                                        United States Trustee
 5                                      District of Arizona

 6

 7   Dated:   July  31 , 2008.          /s/ JEH (#019127)
                                        JONATHAN E. HESS
 8                                      Trial Attorney

 9
     Copies of the foregoing mailed to
10   the investors appointed as listed
     above, and the following this
11   31st day of July, 2008:

12   Carolyn J. Johnsen
     Jennings, Strouss & Salmon, P.L.C.
13   201 East Washington Street, 11th Floor
     Phoenix, AZ  85004-2385
14   Attorney for Debtor

15
     /s/ C. Dior
16
```

- 2 -