FENNEMORE CRAIG, P.C.
Cathy L. Reece (No. 005932)
Nicolas B. Hoskins (No. 023277)
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5343
Facsimile: (602) 916-5543
Email: creece@fclaw.com
Email: nhoskins@fclaw.com

Proposed Attorneys for the Official Committee
of Investors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MORTGAGES LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:08-bk-07465-RJH<br><br>**APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF FENNEMORE CRAIG, P.C., AS OF AUGUST 1, 2008 AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF INVESTORS** |

The Official Committee of Investors (the "Investor Committee") appointed in the above-captioned bankruptcy case of Mortgages Ltd. (the "Debtor"), hereby submits this application (the "Application") to employ Fennemore Craig, P.C. ("Fennemore" or the "Firm") as counsel for the Investor Committee, as of August 1, 2008. The Application is brought pursuant to sections 1102, 1103, 328 and 504 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2014, 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of the Application, the Investor Committee respectfully represents as follows:

I. **JURISDICTION**

1. The Court has jurisdiction over the Application pursuant to 28 U.S.C.

§§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue of this proceeding and the Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for the relief requested herein is Sections 1102, 1103, 328 and 504 of the Bankruptcy Code.

## II. BACKGROUND

4. On June 20, 2008 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5. The Debtor continues to operate its business pursuant to §§ 1107 and 1108 of the Bankruptcy Code as debtor and debtor-in-possession.

6. On August 1, 2008, the Office of the United States Trustee (the "Trustee") appointed the Investor Committee. The Investor Committee's members are: HoneyLou Reznik, Eva Sperber-Porter, Robert Facciola, Jon Bliven and Joseph Baldino.

## III. RELIEF REQUESTED

7. By the Application, the Investor Committee seeks to employ and retain Fennemore Craig, P.C., as of August 1, 2008, as its counsel in connection with the Debtor's chapter 11 bankruptcy case and for the performance of legal services, including those set forth in paragraph 12 herein. The Investor Committee understands that the Firm will seek compensation from the Debtor's bankruptcy estate at discounted hourly rates for attorneys and paraprofessionals, as set forth below, and reimbursement of expenses incurred on the Investor Committee's behalf, subject to application and Court approval.

8. The Firm will prepare and submit regular bills consistent with the requirements of the Bankruptcy Code and Rules and the Guidelines of the U.S. Trustee's Office. Payment and allowance of all fees and expenses will be subject to Court approval.

9. The Investor Committee seeks to retain the Firm as its counsel because of the Firm's extensive experience and knowledge in the field of debtors' and creditors'

FENNEMORE CRAIG, P.C.
PHOENIX

2093044

rights and business reorganizations under chapter 11 of the Bankruptcy Code and because of the Firm's extensive expertise, experience and knowledge practicing before this Court.

10. Subject to approval in accordance with Section 330(a) of the Bankruptcy Code, compensation shall be payable to the Firm on an hourly rate basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm as agreed to between the Firm and the Investor Committee. The principal attorneys and paralegals presently designated to represent the Investor Committee and their discounted hourly rates for this case are: (i) Cathy L. Reece, Director, at $445.50 per hour; (ii) Laurel Davis, Director, at $405.00 per hour; (iii) Keith L. Hendricks, Director, at $360.00 per hour; (iv) Nicolas B. Hoskins, Associate, at $247.50 per hour; and (v) Jon Pearson, Associate, at $202.50 per hour.

11. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. The Firm will use other attorneys and paraprofessionals during the course of the case as appropriate. Hourly rates for Directors range from $310 to $550 per hour. Hourly rates for Associates range from $210 to $310 per hour.

12. The hourly rates set forth above represent a discount of the Firm's hourly rates for work of this nature. These rates are set at a level designed to fairly compensate the Firm for work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, facsimile charges, mail and express mail charges, special or hand delivery charges, long distance telephone charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, computerized research, transcription costs, and charges related to conference calls hosted by the Firm. The Firm will charge for these expenses in a

manner and at rates consistent with charges generally made to the Firm's other clients.

13. The Firm will ask the Debtor to provide a $50,000 retainer to be held to insure payment of its Court-approved fees in this case.

14. The Firm will render legal services to the Investor Committee that are necessary and appropriate to assist the Investor Committee in fulfilling its duties and responsibilities. These services may include, but shall not be limited to, the following:

    a. Provide legal advice and assistance to the Investor Committee relative to the Debtor's administration of its reorganization;

    b. Represent the Investor committee at hearings held before the Court and communicate with the Investor Committee regarding the issues raised, as well as the decisions of the Court;

    c. Assist and advise the Investor Committee, among other things, in its examination and analysis of the conduct of the Debtor's affairs, the sale of assets, financing, continuation of severing of agency agreements, workouts or foreclosure of borrower lands and other matters relating to the affairs of the Debtor;

    d. Review and analyze all applications, motions, orders, statements of operations and schedules filed with the Court by the Debtor or third parties, advise the Investor Committee as to their propriety and, after consultation with the Investor Committee, take appropriate action;

    e. Assist the Investor Committee in preparing applications, motions and orders in support of positions taken by the Investor Committee, as well as prepare witnesses and review documents in this regard;

    f. Confer with the accountants, financial advisers and any other professionals retained by the Investor Committee, if any are selected and approved;

    g. Assist the Investor Committee in its consideration of any plan of reorganization and negotiations as as to whether it is in the best interest of investors

FENNEMORE CRAIG, P.C.
PHOENIX

2093044

and is feasible;

  h. Assist the Investor Committee with any such other services as may be necessary and proper for fulfillment of its duties and responsibilities; and

  i. Assist the Investor Committee in performing any other legal services as may be in the interest of the investors, including, but not limited to, the commencement of and participation in appropriate litigation respecting the estate.

15. Neither the Firm, nor any of its shareholders or associates, insofar as the Investor Committee has been able to ascertain, and except as disclosed in the Verified Statement of Cathy L. Reece (the "Reece Statement") filed contemporaneously herewith, represent any interest adverse to the Debtor, its estate, and the Investors, in matters upon which the firm is to be engaged. The Firm is a "disinterested person," as the Investor Committee understands the term to be defined, within the meaning of Sections 101(14) and 101(31), as modified by Section 1103(b), of the Bankruptcy Code.

16. To the best of the Investor Committee's knowledge, and except as disclosed in the Reece Statement, the firm has no prior connection with the Debtor, its creditors or any other party-in-interest, or its respective attorneys or accountants in the matters upon which the Firm is to be engaged that would in any way disqualify it from representing the Investor Committee.

17. The Investor Committee desires to employ the Firm because of the extensive legal services that will be required in this case and because the Investor Committee believes that the Firm is well qualified to act as counsel on the Investor Committee's behalf therein.

18. Since the Investor Committee retained the services of the Firm beginning August 1, 2008, the Investor Committee asks that any Order entered authorizing such retention be effective as of August 1, 2008.

FENNEMORE CRAIG, P.C.
PHOENIX

2093044

## IV. CONCLUSION

WHEREFORE, the Investor Committee requests entry of an Order, substantially in the form attached hereto, authorizing the Investor Committee to employ and retain the Firm as counsel as of August 1, 2008, as set forth herein, and granting such other and further relief as is just and proper.

DATED this 8th day of August, 2008.

THE OFFICIAL COMMITTEE OF INVESTORS

By _____
Jon Bliven, Chair

2093044

| | |
|---|---|
| 1 | |
| 2 | COPY of the foregoing mailed or emailed this 11th day of August, 2008 to: |
| 3 | Bradley J. Stevens |
| 4 | Carolyn J. Johnsen<br>JENNINGS, STROUSS & SALMON, P.L.C.<br>The Collier Center, 11th Floor |
| 5 | 201 East Washington St.<br>Phoenix, AZ 85004-2385 |
| 6 | Email: bstevens@jsslaw.com<br>Email: cjjohnsen@jsslaw.com |
| 7 | |
| 8 | Attorneys for the Debtor |
| 9 | |
| 10 | U.S. Trustee's Office<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003 |
| 11 | |
| 12 | /s/ Susan Stanczak-Ingram |
| 13 | |
| ... | |
| 26 | |

FENNEMORE CRAIG, P.C.
PHOENIX

2093044