**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

John R. Clemency (SBN 009646)
clemencyj@gtlaw.com
Todd A. Burgess (SBN 019013)
burgesst@gtlaw.com

Special Counsel to Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MORTGAGES LTD.,<br><br>Debtor. | Involuntary Chapter 7 Case<br><br>Case No. 2-08-bk-07465-RJH<br><br>**AFFIDAVIT OF TODD A. BURGESS REGARDING EMPLOYMENT OF GREENBERG TRAURIG, LLP AS SPECIAL COUNSEL TO THE DEBTOR PURSUANT TO BANKRUPTCY CODE §327(e)** |

STATE OF ARIZONA   )
                   ) ss.:
County of Maricopa )

      Todd A. Burgess, being duly sworn, deposes and says:

      1.    The purpose of this Affidavit is to supplement Greenberg Traurig, LLP's ("GT") previous disclosures in the *Affidavit of John R. Clemency In Support Of Debtor's Application For Order Authorizing The Employment Of Greenberg Traurig, LLP As General Restructuring Counsel* (Docket No. 22), the *Supplemental Affidavit of John R. Clemency In Support Of Debtor's Application For Order Authorizing The Employment Of Greenberg Traurig, LLP As Special Counsel* (Docket No. 121), and the *Second Supplemental Affidavit of John R. Clemency*

*In Support Of Debtor's Application For Order Authorizing The Employment Of Greenberg Traurig, LLP As Special Counsel* (Docket No. 325).

2. As announced at the hearing on Wednesday, August 20, 2008, GT has been retained by Stratera Portfolio Advisors, LLC ("Stratera") with respect to a proposed debtor-in-possession loan from Stratera to the Debtor in relation to the Centerpoint Project in the approximate principal amount of $4,800,000 (the "Loan").

3. GT's representation of Stratera with respect to the Loan is unrelated to any of the discrete matters for which GT has been authorized to represent the Debtor as special counsel pursuant to the Court's August 14, 2008 *Memorandum Decision Authorizing Employment of Greenberg Traurig As Special Counsel*.

4. Consistent with ER 1.7, Arizona Rules of Professional Conduct, GT has concluded that its representation of Stratera in connection with the Loan will not adversely affect its prior and continuing representation of the Debtor in connection with matters unrelated to the Loan, including, without limitation, matters where GT has been engaged by the Debtor in the bankruptcy case to act as special counsel for discreet matters unrelated to the Loan. GT has also concluded that its past and future representation of the Debtor (including, without limitation, matters where GT has been engaged by the Debtor to act as special counsel for discreet matters unrelated to the Loan) will not adversely affect its representation of Stratera in connection with the Loan. After full disclosure, both Stratera and the Debtor each have consented to the representation. Prior to consenting, the Debtor consulted independent legal counsel with respect to the issue. *See* August 20, 2008 Letter from John R. Clemency to Richard Feldheim attached hereto as Exhibit "A."

5. GT's representation of Stratera with respect to the Loan is unrelated to (and is not adverse to the Debtor with respect to) any of the discrete matters for which GT has been retained by the Debtor to serve as special counsel under 11 U.S.C. § 327(e).

-2-

PHX 328,370,878v1

6. If called to testify in this matter, I would testify consistent with my statements herein.

*Todd A. Burgess* (signature)
Todd A. Burgess

Subscribed and sworn to before me this 25th day of August, 2008 by Todd A. Burgess.

NOTARY PUBLIC: *(signature)*

MY COMMISSION EXPIRES: 1-9-2009

OFFICIAL SEAL
CAROLYN GERSH
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 9, 2009

COPIES of the foregoing were served via the Court's ECF system this 25th day of August, 2008 on all parties that have appeared in the case.

*(signature)*

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000