# EXHIBIT A





| OVERVIEW | OUR TEAM | COMMUNITY INVOLVEMENT |

## OUR TEAM



| Arizona, Scottsdale | Colorado, Denver |
|---|---|
| Greg Vogel | Win King |
| Ron Coleman | Tom Kaufman |
| Mike Schwab | Mitch Trevey |
| Dave Lords | Bruce Stokes |
| Ken Reycraft | |
| Mike Chasse | Florida, Orlando |
| Lane Neville | Lee Wheeler |
| Dan Baldwin | |
| Brad Ranly | Texas, Austin |
| Ryan Duncan | Carlotta McLean |
| Branden Lombardi | Tim Riley |
| Michele Pino | |
| Steve LaTerra | Texas, Dallas |
| Patricia Lafferty | Brian Runey |
| Jill Lewis | Jay DeLorenzo |
| Howard Weinstein | |
| Harry Lourimore | Texas, Houston |
| Derek Harris | Kirk Laguarta |
| Susan Lundquist, *Designated Broker* | Duane Heckmann |
| | Kyle Rhoden |

**Arizona, Northern Arizona**
Capri Barney

**Arizona, Tucson**
Will White
Ted Herman

**Steve LaTerra**
*Capital Markets Specialist*

In this capacity, Steve provides strategic consulting services and develops capital acquisition strategies for development and homebuilding companies. Prior to joining the Land Advisors Organization, Steve served as a real estate analyst and investment advisor to the capital markets. His background includes Principal and senior positions with APEXCapital and Acacia Capital Corporation as well as The Meyers Group (now Hanley Wood). Steve received a Bachelor of Science degree in Finance from San Diego State University and has held a Real Estate License since 1986.

Steve is very active with industry and community organizations. He is a member of the Urban Land Institute (ULI), currently serving as Vice Chair of the Residential Neighborhood Development Council at the National level and the Co-Chair of the Programs Committee at the Arizona District Council level. He is on the Program Committee for the 2009 Pacific Coast Builders Conference in California and he is a member of the National Association of Homebuilders and the Central Arizona Home Builders Association. He was a co-founder of the Arizona Real Estate Roundtable and is a member of the Executive Council of the Boys and Girls Clubs of Metropolitan Phoenix.

For further information, Steve can be reached at (480) 483-8100, or via e-mail at slaterra@landadvisors.com.

HOME | ABOUT US | SERVICES | LAND SEARCH | TECHNOLOGY | MEDIA | CONTACT US



| OVERVIEW | OUR TEAM | COMMUNITY INVOLVEMENT |

## OUR TEAM

**Arizona, Scottsdale**
Greg Vogel
Ron Coleman
Mike Schwab
Dave Lords
Ken Reycraft
Mike Chasse
Lane Neville
Dan Baldwin
Brad Ranly
Ryan Duncan
Branden Lombardi
Michele Pino
Steve LaTerra
Patricia Lafferty
Jill Lewis
Howard Weinstein
Harry Lourimore
Derek Harris
Lane G. Neville,
*Designated Broker*

**Arizona, Northern Arizona**
Capri Barney

**Arizona, Tucson**
Will White
Ted Herman

**Colorado, Denver**
Win King
Tom Kaufman
Mitch Trevey
Bruce Stokes

**Florida, Orlando**
Lee Wheeler

**Texas, Austin**
Carlotta McLean
Tim Riley

**Texas, Dallas**
Brian Runey
Jay DeLorenzo

**Texas, Houston**
Kirk Laguarta
Duane Heckmann
Kyle Rhoden



**Ryan Duncan**
*East Valley Specialist*

Since becoming a part of Land Advisors in 2002, Ryan has focused on the marketing and sale of land to homebuilding companies, commercial, industrial and investment/speculative clients with an emphasis on the East Valley markets. His knowledge of land values, development costs, trends, governing bodies and constraints have made him a trusted source for his clients.

As a 5th generation Arizonan, Ryan was born and raised in the East Valley and has unique perspective on the development trends shaping Maricopa County and its past and future growth. He has held his Real Estate license since 2001, and received a Bachelor of Arts degree (Business Administration and Marketing) from Utah State University in 2001. Ryan is a member of several professional organizations including Urban Land Institute (ULI), NAHB, East Valley Partnership, and Fiesta Bowl Committee.

For further information, Ryan can be reached at (480) 483-8100, or via e-mail at rduncan@landadvisors.com.

HOME | ABOUT US | SERVICES | LAND SEARCH | TECHNOLOGY | MEDIA | CONTACT US

EXHIBIT B

# LAND ADVISORS ORGANIZATION

EXCLUSIVE LISTING AGREEMENT
(LAO Property #AZES00023)

September 2, 2008

1. In consideration of the acceptance by **Arizona Land Advisors, L.L.C., an Arizona limited liability company dba Land Advisors Organization** ("Broker") of the terms of this Exclusive Listing ("Listing") and Broker's promise to endeavor to effect a sale of the real property described below (the "Property") the owner, **Mortgages Ltd., an Arizona corporation** ("Owner"), hereby employs and grants Broker the exclusive right to sell the Property for a period commencing on the date the Listing is approved by the Bankruptcy Court and ending midnight on 150 days thereafter (the "Term").

2. The listing price shall be Four Million Dollars and 00/100 (**$4,000,000.00**), upon the following terms: **cash or submit terms for Owner's consideration**.

3. The Property is situated in the County of Maricopa, State of Arizona, described as approximately 29.44 acres or real property; Maricopa County Assessor's Tax Parcel Number 176-21-488, further identified as Lot 5, of Fountain Hills, Arizona Final Plat No. 511, Recorded in Book 366 of Maps, Page 6, and includes all fixtures and improvements thereon and appurtenances incident thereto, if any.

4. Owner agrees to pay Broker a commission equal to **4%** of the selling price of the Property or any portion thereof in the event of a co-broke ("Commission"). The commission shall be reduced to 3% if Broker is not obligated to pay an outside Broker. The Commission is payable in cash at the close of escrow. The Commission shall be paid if during the Term (a) a purchaser is procured (by Broker, Owner, or anyone else) who is ready, willing and able to purchase the Property at the price and terms stated above or at any other price and terms acceptable to Owner, such purchaser's offer to buy is accepted by Owner, and the sale is ultimately consummated, whether by the original purchaser or such party's nominee; or (b) any contract for the sale of the Property is entered into by Owner and such sale is ultimately consummated, whether by the original purchaser or such party's nominee.

5. As used in this Listing, the term "sale" shall include an exchange of the Property, and also the granting of an option to purchase the Property. Owner agrees that in the event such an option is granted, Owner shall pay Broker the Commission on the price paid for the option and for any extensions thereof. The Commission shall be paid upon receipt by Owner of any such payment(s). In the event such an option is exercised, whether during the Term or thereafter, Owner shall also pay Broker the Commission on the gross sales price of the Property at close of escrow. Notwithstanding the foregoing, to the extent that all or part of the price paid for the option or any extension thereof is applied to the sales price of the Property, then any Commission previously paid by Owner to Broker on account of such option payments shall be credited against the Commission payable to Broker on account of the exercise of the option.

6. Owner further agrees that Owner shall pay Broker the Commission if within ninety (90) days after the expiration of the Term the Property is sold or Owner enters into a contract of sale, option to purchase or exchange for the Property with a person or entity to which the Broker had submitted the Property during the Term in an effort to effect a sale of the Property. Broker agrees to submit a list of such entities or persons within fifteen (15) days following the expiration of the Term.

7. Owner agrees to cooperate with Broker in bringing about a sale of the Property and to immediately refer all inquiries of any interested party to Broker. All negotiations are to be handled through Broker. Broker is authorized to accept a deposit from any prospective purchaser (any such deposit to be payable to a title company or escrow holder, not to Broker or Owner). Broker is further authorized to advertise the Property and place a "For Sale" sign or signs on the Property.

8. Owner agrees to provide to Broker and to prospective purchasers any information which Owner, to its actual knowledge without investigation or inquiry, is aware of regarding present zoning and environmental matters affecting the Property and regarding the condition of the Property, including, but not limited to structural, mechanical and soils conditions, the presence and location of asbestos, PCB transformers, other toxic, hazardous or contaminated substances, and underground storage tanks, in, on, or about the Property; provided, however, such information is provided to Broker and prospective purchasers without any representation or warranty from Owner as to its accuracy or correctness. Broker is authorized to disclose any such information to prospective purchasers.

9. Owner agrees to indemnify, defend and hold Broker harmless for, from and against any claims, demands, causes of action, losses, damages, liabilities, costs and expenses (including, without limitation, reasonable attorneys' fees and expert witness costs), arising from incorrect information supplied by Owner, or from any other material fact that is known by Owner concerning the Property which Owner fails to disclose. Owner represents that it is the owner of the Property, and the person signing this Listing is authorized to do so for and on behalf of Owner.

10. In the event of any dispute between Owner and Broker relating to this Listing, the Property or Owner or Broker's performance hereunder, Owner and Broker agree that such dispute shall be resolved by means of binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court of competent jurisdiction. Depositions may be taken and other discovery obtained during such arbitration proceedings to the same extent as authorized in civil judicial proceedings in the state where the office of Broker executing this Listing is located. The arbitrator(s) shall be limited to awarding compensatory damages and shall have no authority to award punitive, exemplary or similar type damages. The prevailing party in the arbitration proceeding shall be entitled to recover its expenses, including the costs of the arbitration proceeding, and reasonable attorneys' fees.

11. Owner acknowledges that Broker shall market the Property to potential purchasers of the Property, including without limitation potential purchasers who may be clients of Broker. Owner also acknowledges that in the event Owner accepts an offer from a purchaser, which is a client of Broker, then Broker shall be deemed a dual agent in the transaction, representing both Owner and the buyer. Further, Owner acknowledges that Broker may be employed by the buyer to represent the buyer in the future marketing and sale of the Property.

12. This Listing constitutes the entire agreement between Owner and Broker and supersedes all prior discussions, negotiations and agreements, whether oral or written. Any revisions to this Listing must be in writing and signed by Owner and Broker in order to be valid. This Listing may be signed in any number of counterparts; facsimile signatures shall constitute original signatures. Notwithstanding the foregoing, this Listing is subject to the terms and conditions contained in the Bankruptcy Motions and supporting documents filed with the Bankruptcy Court of Arizona.

13. Owner acknowledges that it has read, understands and accepts all terms and provisions contained herein and hereby acknowledges receipt of this Listing.

<u>Owner</u>

Mortgages Ltd., an Arizona corporation

By: _____
Its: _____PRESIDENT_____

<u>Broker</u>

Arizona Land Advisors, L.L.C., an
Arizona limited liability company dba
Land Advisors Organization

By: _____
Its: __Acting Designated Broker__

# EXHIBIT C

# LAND ADVISORS ORGANIZATION

EXCLUSIVE LISTING AGREEMENT
(LAO Property #AZPP00019)

September 2, 2008

1. In consideration of the acceptance by **Arizona Land Advisors, L.L.C., an Arizona limited liability company dba Land Advisors Organization** ("Broker") of the terms of this Exclusive Listing ("Listing") and Broker's promise to endeavor to effect a sale of the real property described below (the "Property") the owner, **Mortgages Ltd., an Arizona corporation** ("Owner"), hereby employs and grants Broker the exclusive right to sell the Property for a period commencing on the date the Listing is approved by the Bankruptcy Court and ending midnight on 150 days thereafter (the "Term").

2. The listing price shall be Eight Million Dollars and 00/100 ($8,000,000.00), upon the following terms: **cash or submit terms for Owner's consideration**.

3. The Property is situated in the County of Maricopa, State of Arizona, described as approximately 40 acres or real property; Maricopa County Assessor's Tax Parcel Number 217-01-013, further identified as Parcel 4, Goldie Brown Pinnacle Peak Ranch Unit One, recorded in Book 191 of Maps, Page 26, and includes all fixtures and improvements thereon and appurtenances incident thereto, if any.

4. Owner agrees to pay Broker a commission equal to **4%** of the selling price of the Property or any portion thereof in the event of a co-broke ("Commission"). The commission shall be reduced to **3%** if Broker is not obligated to pay an outside Broker. The Commission is payable in cash at the close of escrow. The Commission shall be paid if during the Term (a) a purchaser is procured (by Broker, Owner, or anyone else) who is ready, willing and able to purchase the Property at the price and terms stated above or at any other price and terms acceptable to Owner, such purchaser's offer to buy is accepted by Owner, and the sale is ultimately consummated, whether by the original purchaser or such party's nominee; or (b) any contract for the sale of the Property is entered into by Owner and such sale is ultimately consummated, whether by the original purchaser or such party's nominee.

5. As used in this Listing, the term "sale" shall include an exchange of the Property, and also the granting of an option to purchase the Property. Owner agrees that in the event such an option is granted, Owner shall pay Broker the Commission on the price paid for the option and for any extensions thereof. The Commission shall be paid upon receipt by Owner of any such payment(s). In the event such an option is exercised, whether during the Term or thereafter, Owner shall also pay Broker the Commission on the gross sales price of the Property at close of escrow. Notwithstanding the foregoing, to the extent that all or part of the price paid for the option or any extension thereof is applied to the sales price of the Property, then any Commission previously paid by Owner to Broker on account of such option payments shall be credited against the Commission payable to Broker on account of the exercise of the option.

6. Owner further agrees that Owner shall pay Broker the Commission if within ninety (90) days after the expiration of the Term the Property is sold or Owner enters into a contract of sale, option to purchase or exchange for the Property with a person or entity to which the Broker had submitted the Property during the Term in an effort to effect a sale of the Property. Broker agrees to submit a list of such entities or persons within fifteen (15) days following the expiration of the Term.

7. Owner agrees to cooperate with Broker in bringing about a sale of the Property and to immediately refer all inquiries of any interested party to Broker. All negotiations are to be handled through Broker. Broker is authorized to accept a deposit from any prospective purchaser (any such deposit to be payable to a title company or escrow holder, not to Broker or Owner). Broker is further authorized to advertise the Property and place a "For Sale" sign or signs on the Property.

8. Owner agrees to provide to Broker and to prospective purchasers any information which Owner, to its actual knowledge without investigation or inquiry, is aware of regarding present zoning and environmental matters affecting the Property and regarding the condition of the Property, including, but not limited to structural, mechanical and soils conditions, the presence and location of asbestos, PCB transformers, other toxic, hazardous or contaminated substances, and underground storage tanks, in, on, or about the Property; provided, however, such information is provided to Broker and prospective purchasers without any representation or warranty from Owner as to its accuracy or correctness. Broker is authorized to disclose any such information to prospective purchasers.

9. Owner agrees to indemnify, defend and hold Broker harmless for, from and against any claims, demands, causes of action, losses, damages, liabilities, costs and expenses (including, without limitation, reasonable attorneys' fees and expert witness costs), arising from incorrect information supplied by Owner, or from any other material fact that is known by Owner concerning the Property which Owner fails to disclose. Owner represents that it is the owner of the Property, and the person signing this Listing is authorized to do so for and on behalf of Owner.

10. In the event of any dispute between Owner and Broker relating to this Listing, the Property or Owner or Broker's performance hereunder, Owner and Broker agree that such dispute shall be resolved by means of binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court of competent jurisdiction. Depositions may be taken and other discovery obtained during such arbitration proceedings to the same extent as authorized in civil judicial proceedings in the state where the office of Broker executing this Listing is located. The arbitrator(s) shall be limited to awarding compensatory damages and shall have no authority to award punitive, exemplary or similar type damages. The prevailing party in the arbitration proceeding shall be entitled to recover its expenses, including the costs of the arbitration proceeding, and reasonable attorneys' fees.

11. Owner acknowledges that Broker shall market the Property to potential purchasers of the Property, including without limitation potential purchasers who may be clients of Broker. Owner also acknowledges that in the event Owner accepts an offer from a purchaser, which is a client of Broker, then Broker shall be deemed a dual agent in the transaction, representing both Owner and the buyer. Further, Owner acknowledges that Broker may be employed by the buyer to represent the buyer in the future marketing and sale of the Property.

12. This Listing constitutes the entire agreement between Owner and Broker and supersedes all prior discussions, negotiations and agreements, whether oral or written. Any revisions to this Listing must be in writing and signed by Owner and Broker in order to be valid. This Listing may be signed in any number of counterparts; facsimile signatures shall constitute original signatures. Notwithstanding the foregoing, this Listing is subject to the terms and conditions contained in the Bankruptcy Motions and supporting documents filed with the Bankruptcy Court of Arizona.

13. Owner acknowledges that it has read, understands and accepts all terms and provisions contained herein and hereby acknowledges receipt of this Listing.

<u>Owner</u>

Mortgages Ltd., an Arizona corporation

By: _____
Its: _____PRESIDENT_____

<u>Broker</u>

Arizona Land Advisors, L.L.C., an
Arizona limited liability company dba
Land Advisors Organization

By: _____
Its: _____Acting Designated Broker_____