# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Mortgages Ltd., | ) |
| | ) Case No. 2:08-bk-07465-RJH |
| | ) |
| Debtor. | ) |

**DECLARATION IN SUPPORT OF THE DEBTOR'S APPLICATION
FOR AN ORDER AUTHORIZING EMPLOYMENT AND
RETENTION OF FTI CONSULTING, INC. AS
<u>FINANCIAL ADVISOR FOR THE DEBTOR AND DEBTOR IN POSSESSION</u>**

| | |
|---|---|
| STATE OF Arizona | ) |
| | ) ss. |
| COUNTY OF Maricopa | ) |

I, Michael A. Tucker, being duly sworn, hereby deposes and says:

1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees "FTI"), a financial advisory services firm with numerous offices throughout the country. I submit this Affidavit on behalf of FTI (the "Affidavit") in support of the application (the "Application") of Mortgages Ltd., the debtor and debtor-in-possession in the above-captioned chapter 11 case ( the "Debtor"), for an order authorizing the employment and retention of FTI as financial advisor under the terms

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor   Page 1

3181805v1(60069.1)

Case 2:08-bk-07465-RJH   Doc 752   Filed 10/15/08   Entered 10/15/08 11:26:31   Desc
Main Document   Page 1 of 9

and conditions set forth in the Application. Except as otherwise noted[1], I have personal knowledge of the matters set forth herein.

### Disinterestedness and Eligibility

2. In connection with the preparation of this Affidavit, FTI conducted a review of its contacts with the Debtor, its affiliates and certain entities holding large claims against or interests in the Debtor that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to this Affidavit. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A summary of such relationships that FTI identified during this process is set forth on Exhibit B to this Affidavit.

3. Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtor's case for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or strategic communication consulting services. To the best of my knowledge, no services have been provided to these parties in interest which involve their rights in the Debtor's cases, nor does FTI's involvement in this case compromise its ability to continue such consulting services.

---

[1] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor Page 2

3181805v1(60069.1)

Case 2:08-bk-07465-RJH    Doc 752    Filed 10/15/08    Entered 10/15/08 11:26:31    Desc
Main Document    Page 2 of 9

4. Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtor's chapter 11 case Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtor and its case. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtor in matters upon which FTI is to be employed, and none are in connection with these cases.

5. FTI does not believe it is a "Creditor" with respect to fees and expenses of the Debtor within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving the Debtor, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtor's stock.

6. FTI has not reviewed the relationship that the members of the FTI engagement team may have against a comprehensive list of employees within the U.S. Trustee's office in this District, but will do so upon being provided with a list of such persons by the office of the U.S. Trustee.

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor    Page 3
3181805v1(60069.1)

Case 2:08-bk-07465-RJH    Doc 752    Filed 10/15/08    Entered 10/15/08 11:26:31    Desc
Main Document    Page 3 of 9

7. As such, to the best of my knowledge, FTI is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that FTI:

    (a) is not a creditor, equity security holder or insider of the Debtor;

    (b) is not and was not an investment banker for any outstanding security of the Debtor;

    (c) has not been, within three years before the date of the filing of the Debtor's chapter 11 petitions, (i) an investment banker for a security of the Debtor or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtor; and

    (d) was not, within two years before the date of filing of the Debtor's chapter 11 petitions, a director, officer, or employee of the Debtor or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, FTI neither holds nor represents an interest adverse to the Debtor within the meaning of Section 327(a) of the Bankruptcy Code.

8. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor   Page 4

3181805v1(60069.1)

Case 2:08-bk-07465-RJH   Doc 752   Filed 10/15/08   Entered 10/15/08 11:26:31   Desc
Main Document   Page 4 of 9

## Professional Compensation

9.    Subject to Court approval and in accordance with the applicable provisions of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines and the local rules of this District, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application for the employment of FTI. These hourly rates are adjusted annually.

10.    To the best of my knowledge, a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with this chapter 11 case.

DATED October 15, 2008.

/s/ *Michael A. Tucker*
Michael A. Tucker

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor    Page 5

3181805v1(60069.1)

Case 2:08-bk-07465-RJH    Doc 752    Filed 10/15/08    Entered 10/15/08 11:26:31    Desc
Main Document    Page 5 of 9

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

**Debtor**

Coles, Scott M.
Everette, George
Feldheim, Richard
Martini, Laura
Mortgages Ltd.
Mortgages Ltd. Securities, LLC
Olson, Chris
SMC Revocable Trust U/T/A
Smith, Gerald K.
Value-to-Loan Opportunity Fund


**Top 20 Unsecured Creditors**

Account Temps
Arizona Bank & Trust
Bank of the Southwest Cardmember
CBIZ Accounting, Tax & Advisory
Denise Resnik & Associates
Enable Staffing, LLC
Geiger
Gust Rosenfeld P.L.C.
Kirk Guthrie Interiors
Lazarus & Associates, P.C.
Mortgages, Ltd. 401(k) Company
Phoenix Suns
Protection One
Radical Bunny, LLC (Tom Hirsch)
Renaissance Personnel Group, Inc.
Robert E. Porter Construction Co., Inc.
Sternfels & White, P.L.L.C.
The Business Journal - Phoenix
Wilson, Langdon

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor                                                                                                                                                                                                                           Page 6

3181805v1(60069.1)

Case 2:08-bk-07465-RJH    Doc 752    Filed 10/15/08    Entered 10/15/08 11:26:31    Desc
                         Main Document    Page 6 of 9

**Official Investors Committee**

Baldino, Joseph
Bliven, Jon
Facciola, Robert
Reznik, HoneyLou
Sperber-Porter, Eva

**Other**

ADCDW, LLC
Arizona Department of Financial Institutions
Artemus Realty Capital LLC
Banovac, Robert C.
Baseline & Val Vista Associates LP
Coles, Ashley
Dodenhoff, Ted
Ellsworth 160
Farkash, Howard
Foothills Plaza IV, LLC
Glendale Jet Center, LLC
Gold Creek, Inc.
Haddad, Kelly
Haddad, Navval
Hall, William
Haraway, Francine
Hendon, Daniel L.
Irwin Union Bank
KML Dev.
Kohner, Ronald L.
Litchfield Road Associates LP
Maryland Way Partners, LLC
Metropolitan Lofts
Niday, Chuck
Oxford and Investor Group
Penny Hardaway Investments
Riggs/Queen Creek 480

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor     Page 7

3181805v1(60069.1)

Case 2:08-bk-07465-RJH    Doc 752    Filed 10/15/08    Entered 10/15/08 11:26:31    Desc
Main Document    Page 7 of 9

Rightpath Limited Development Group, Ltd.

Rodriguez, Raymond

Roosevelt Gateway

Roosevelt Gateway II

Ross, Sue

Ross Verne Family Trust

Sorenson Companies

Southwest Value Partners Finance I

Southwest Value Partners fund XIV, LP

Tempe Land Company, LLC

University & Ash

Vanderbilt Farms

Vistoso Partners

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor Page 8

3181805v1(60069.1)

Case 2:08-bk-07465-RJH    Doc 752    Filed 10/15/08    Entered 10/15/08 11:26:31    Desc
Main Document    Page 8 of 9

# EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

None

**Relationships in Unrelated Matters**

None

Affidavit in Support of The Debtor's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisor for the Debtor
Page 9

3181805v1(60069.1)

Case 2:08-bk-07465-RJH    Doc 752    Filed 10/15/08    Entered 10/15/08 11:26:31    Desc
Main Document    Page 9 of 9