Carolyn J. Johnsen – 011894
cjjohnsen@jsslaw.com
Bradley J. Stevens – 006723
bstevens@jsslaw.com
Todd B. Tuggle - 020948
ttuggle@jsslaw.com
Todd M. Adkins - 025338
tadkins@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Facsimile: (602) 495-2696

*Attorneys for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Mortgages Ltd.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:08-bk-07465-RJH<br><br>**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF PAUL G. JOHNSON COMPANY, INC., AS PROPOSED APPRAISER FOR THE DEBTOR** |

Paul G. Johnson, under penalty of perjury, states as follows:

1. I am the principal of the Paul G. Johnson Company, Inc. (the "**Company**"), which is located at Biltmore Pavilion, 2525 E. Arizona Biltmore Circle, Suite C-131, Phoenix, AZ 85016, and which is proposed to be retained as an appraiser for the Debtor.

2. Upon information and belief, the rates of the professionals to be involved in this case are as follows: Paul G. Johnson: $325 with a $2,500 per diem; cartogorapher: $200 per hour or $1,500 per day; Rick Counts: $150 per hour; Zack Bunh: $150 per hour. The

3. To the best of my knowledge neither I nor the Company has any

connection, other than as listed herein, with the Debtor, its largest creditors, or any other party-in-interest. The Company has in the past performed services for various attorneys and their law firms involved in this case, but the Company does not currently have any work pending with any such attorneys or law firms. To the extent it is determined that additional matters should be disclosed, the Company will supplement this Verification to disclose such additional matters.

4. I do not believe that any of the foregoing presents a material conflict with the Company providing appraisal work for the Debtor.

5. The Company is a "disinterested person" within the meaning of Bankruptcy Code §§ 101(13) and 327.

6. The Company is willing to serve as an appraiser for the Debtor under the terms and rates as set forth in the Application.

7. Further, the Company has not shared or agreed to share any compensation with any person or entity other than distributions among members, agents, or employees of the Company.

Dated: October 15, 2008

By: *Paul G. Johnson*
Paul G. Johnson