ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

JONATHAN E. HESS (#019127)
Trial Attorney
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (phone)
(602) 514-7270 (fax)
E-mail: Jon.E.Hess@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| MORTGAGES LTD., ) | Case No. 2:08-bk-07465-RJH |
| ) | |
| ) | |
| ) | APPOINTMENT OF OFFICIAL |
| ) | COMMITTEE OF VALUE-TO-LOAN |
| ) | INVESTORS |
| Debtor. ) | |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following investors of the above-captioned debtor, being among those holding the largest Value-To-Loan investments and who are willing to serve, are appointed to the official committee of Value-To-Loan investors:

1.  John Fitzgerald
    1211 E. Stephens Drive
    Tempe, AZ 85283

2.  Alice Gierhahn
    2438 N. Forest Circle
    Mesa, AZ 85203

. . .

```
 1           3.   Herbert Lowrey
                  1019 Tenth Street NE
 2                Washington, DC 20002

 3                                       Respectfully submitted,

 4                                       ILENE J. LASHINSKY
                                         United States Trustee
 5                                       District of Arizona

 6

 7  Dated:    October  17 , 2008.        /s/ JEH (#019127)
                                         JONATHAN E. HESS
 8                                       Trial Attorney

 9  Copies of the foregoing mailed to the
    Value-To-Loan investors appointed as
10  listed above, and the following this
    17th day of October, 2008:
11
    Carolyn J. Johnsen
12  Jennings, Strouss & Salmon, P.L.C.
    201 East Washington Street, 11th Floor
13  Phoenix, AZ  85004-2385
    Attorney for Debtor
14
    Randy Nussbaum
15  Nussbaum & Gillis, P.C.
    14500 N. Northsight Blvd., #116
16  Scottsdale, AZ  85260
    Attorney for Official Committee
17   of Unsecured Creditors

18  Cathy L. Reece
    Fennemore Craig, P.C.
19  3003 N. Central Avenue, #2600
    Phoenix, AZ  85012
20  Attorney for Official Committee
     of Investors
21

22
    /s/ C. Dior
23

24

25

26

27

28                                  - 2 -
```