**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com

DALE C. SCHIAN, #010445
SCOTT GOLDBERG #015082
Proposed Attorneys for Official Committee
 of Investors in the Value-To-Loan
 Opportunity Fund I L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MORTGAGES LTD,,<br><br>                Debtor. | No. 2-08-bk-07465-RJH<br><br>CHAPTER 11<br><br>**DECLARATION OF DALE C. SCHIAN PURSUANT TO BANKRUPTCY RULE 2014 AS PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF VTL INVESTORS** |

I, DALE C. SCHIAN, hereby declare:

1. I am an attorney duly admitted to practice in the Courts of the State of Arizona, the United States District Court for the District of Arizona, and the United States Bankruptcy Court for the District of Arizona.

2. I am a managing member of the law firm of Schian Walker, P.L.C. (the "Firm"), which has been requested to serve as counsel to the Official Committee of Investors in the Value-To-Loan Opportunity Fund I L.L.C. (the "VTL Committee"). I submit this declaration in support of the *Application for Order Nunc Pro Tunc Authorizing the Employment of Schian Walker, P.L.C. as Attorneys for the Official Committee of Investors in the Value-To-Loan Opportunity Fund I L.L.C.* (the "Application").

3. In compliance with the disclosure requirements contained in Bankruptcy Rule 2014(a), the Firm has investigated its relationships, if any, with (a) the Debtor, (b) the Office of the

United States Trustee, (c) all creditors and parties-in-interest in the Debtor's case that are known to the Firm, (d) members of the VTL Committee, and investors in the Value-To-Loan Opportunity Fund I L.L.C. (the "VTL Investors"). In addition to the foregoing, I have inquired of all the Firm's professionals with respect to any potential conflict or connections to any of the persons or entities previously identified.

4. To the best of the Firm's knowledge, the Firm does not have any connection adverse to the interests of the Debtor, and has no connection with the Debtor, creditors, investors, VTL Investors or any other parties-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as disclosed herein.

(a) The Firm has previously represented persons and entities who were, or may still be, borrowers of the Debtor, but after due inquiry believes that it has no active representation of any borrower of the Debtor, nor to the best of my knowledge has the Firm had any such representation since approximately April 2007.

(b) Between January 1 and August 29, 2008, the Firm received inquiries with respect to potential representation from a number of parties-in-interest in these proceedings, including the Debtor, but did not establish an attorney-client relationship with any of these parties.

(c) The Firm was initially contacted by Elliott Pollack, who is a VTL Investor. The Firm has no prior attorney-client relationship with Mr. Pollack, but has retained Mr. Pollack in the past to provide testimony in unrelated matters.

(d) When it became apparent that the VTL Investors needed representation but had no official committee to represent their interests, Mr. Pollack requested that individual investors contribute funds, on a pro rata basis, to provide the Firm with a source of payment in the event that the Firm were not approved to be compensated as an estate professional. Thirteen VTL Investors sent the requested pro rata contributions which totaled $20,860, which amount the Firm holds in trust and anticipates returning to the individual investors.

///

(e) Three investors, John Fitzgerald, Elliott Pollack, and Zack Harris, authorized the firm to request the appointment of an official committee for VTL Investors. Mr. Fitzgerald was ultimately appointed to the official committee; however, except as described herein, the Firm has no other connection to or representation of these individuals.

5. The Firm's attorneys have combined experience practicing in Phoenix, Arizona totaling approximately 80 years, approximately 60 of which have been actively involved in practicing before the United States Bankruptcy Court for the District of Arizona. As a result, the Firm and its attorneys have numerous contacts, both professional and personal, with most of the Phoenix-based attorneys involved in these proceedings. Unrelated to these proceedings, this includes both adverse and concurrent representation of common clients and of clients with both common and adverse interests.

6. In accordance with § 329 of the Bankruptcy Code, the Firm proposes to charge for its services according to its usual and customary fees. The Firm's hourly rates for professionals are not intended to cover out-of-pocket expenses. The Firm regularly charges its clients, both inside and outside of bankruptcy cases, for the expenses and disbursements incurred in connection with its representation, including, among other things, telephone and telecopier charges, document processing, photocopying charges, package delivery charges, travel charges, charges for mailing, travel expenses, expenses for "working meals," computerized research and transcription costs.

7. Other than as set forth above, no promises have been made to the Firm or to any member or associate thereof as to compensation other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity, other than with its own members, associates and employees, to share any compensation it receives in connection with this Chapter 11 case.

8. Neither the Firm, nor any of its members, associates or employees, insofar as I have been able to ascertain, represents an interest adverse to the Debtor herein in the matters upon which the Firm is to be engaged. The Firm is a disinterested party as that term is defined by Bankruptcy Code § 101.

///

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | DATED this 30th day of October, 2008. |
| 3 | SCHIAN WALKER, P.L.C. |
| 4 | |
| 5 | By /s/ DALE C. SCHIAN, #010445 |
| 6 | Dale C. Schian<br>Proposed Attorneys for the VTL Committee |

COPY of the foregoing e-mailed or mailed this 30th day of October, 2008 to the parties listed on the attached service list

/s/ JULIE LANGSTRAAT

113137.1

SERVICE LIST
Mortgages Ltd.
2-08-07465

John R. Clemency, Esq.
Todd A. Burgess, Esq.
2375 E. Camelback Rd., #700
Phoenix, AZ 85015
clemency@gtlaw.com
burgess@gtlaw.com
Attorneys for Mortgages Ltd.

Jonathan E. Hess, Esq.
Office of the U.S. Trustee
230 N. 1st Ave., Ste. 204
Phoenix, AZ 85003-1706
Jon.e.hess@usdoj.gov

Donald L. Gaffney, Esq.
Donald F. Ennis, Esq.
Christopher H. Bayley, Esq.
One Arizona Center
Phoenix, AZ 85004-2202
dgaffney@swlaw.com
dfennis@swlaw.com
cbayley@swlaw.com
Attorneys for Central & Monroe; KGM Builders; Osborn III Partners

David W. Engelman, Esq.
Steven N. Berger, Esq.
Bradley D. Pack, Esq.
3636 N. Central Ave., #700
Phoenix, AZ 85012
dwe@engelmanberger.com
snb@engelmanberger.com
bdp@engelmanberger.com
Attorneys for Tempe Land Co.

Robert A. Shull, Esq.
2901 N. Central Ave., #200
Phoenix, AZ 85012-2705
Rob.shull@mwmf.com
Attorneys for Artemus Realty Capital; Gold Creek, Inc.

Shelton L. Freeman, Esq.
7310 N. 16th Street
Phoenix, AZ 85020
sfreeman@dmylphx.com
Attorneys for Radical Bunny, LLC

Sean P. O'Brien, Esq.
201 E. Washington St., #800
Phoenix, AZ 85004-2327
spobrien@gustlaw.com
Attorneys for Larry Lattig, Litigation Trustee

Richard R. Thomas, Esq.
T. Whitney, Esq.
1640 S. Stapley Dr., #205
Mesa, AZ 85204
rthomas@thomas-schern.com
twhitney@thomas-schern.com
Attorneys for Eva Sperber-Porter; Litchfield Road Assoc. Limited Partnership; Baseline & Val Vista Associates Limited Partnership

Daniel P. Collins, Esq.
201 N. Central Ave., #2210
Phoenix, AZ 85004-0022
dcollins@cmpbglaw.com
Attorneys for William Hall

Dennis J. Wickman, Esq.
750 B. Street, Suite 2100
San Diego, CA 92101
wickham@scmv.com
Attorneys for Southwest Value Partners Fund XIV, LP

Jerry L. Cochran, Esq.
2999 N. 44th Street, #600
Phoenix, AZ 85018
jcochran@cochranlawfirmpc.com
Attorneys for Metropolitan Lofts

Lawrence E. Wilk, Esq.
Jonathan P. Ibsen, Esq.
3200 N. Central Ave., #2000
Phoenix, AZ 85012-2440
lew@jaburgwilk.com
jpi@jaburgwilk.com
Attorneys for Laura Martini

Kevin J. Blakley, Esq.
Two N. Central Ave, 18th Fl.
Phoenix, AZ 85004
Kblakley@gblaw.com
Attorneys for Ronald L. Kohner

Gerald K. Smith, Esq.
40 N. Central Ave., #1900
Phoenix, AZ 85004-4429
gsmith@lrlaw.com
Attorneys for the Estate Scott M. Cole; Trustee of the SMC Revocable Trust U/T/A

Terry A. Dake, Esq.
11811 N. Tatum Blvd., #3031
Phoenix, AZ 85028-1621
Tdake@cox.net
Attorneys for Penny Hardaway Investments

Rebecca J. Winthrop, Esq.
2029 Century Park East, #300
Los Angeles, CA 90067-2909
winthropr@ballardspahr.com
Attorneys for University & Ash, LLC; Roosevelt Gateway; Roosevelt Gateway II; KML Development

Dean C. Waldt, Esq.
Plaza 1000-Suite 500
Main Street
Voorhees, NJ 08043-4636
waldtd@ballardspahr.com
Attorneys for University & Ash, LLC; Roosevelt Gateway; Roosevelt Gateway II; KML Development

Charles A. Lamar, Esq.
Justin C. Lamar, Esq.
818 North First St.
Phoenix, AZ 85004
clamar@kmldevelopment.com
jlamar@kmldevelopment.com
Attorneys for University & Ash, LLC; Roosevelt Gateway; Roosevelt Gateway II; KML Development

| | | |
|---|---|---|
| Ryan W. Anderson, Esq.<br>4150 W. Northern Ave.<br>Phoenix, AZ 85051<br>randerson@gamlaw.com<br>Attorneys for Department of Financial Institutions | Jerome K. Elwell, Esq.<br>3550 N. Central Ave., #1500<br>Phoenix, AZ 85012<br>jelwell@warnerangle.com<br>Attorneys for Francine Haraway | C. Taylor Ashworth, Esq.<br>Alissa C. Lacey, Esq.<br>1850 N. Central Ave., #2100<br>Phoenix, AZ 85004<br>tashworth@stinson.com<br>alacey@stinson.com<br>Attorneys for Oxford & Investor Group |
| Felecia A. Rotellini<br>Robert Charlton<br>Arizona Dept. of Financial Institutions<br>2910 N. 44th St., Ste. 310<br>Phoenix, AZ 85018<br>frotellini@azdfi.gov<br>rcharlton@azdfi.gov | William J. Maledon, Esq.<br>John L. Blanchard, Esq.<br>2929 N. Central Ave., #2100<br>Phoenix, AZ 85012<br>wmaledon@omlaw.com<br>jblanchard@omlaw.com<br>Attorneys for Rightpath Limited Development Group, LLC | Christopher S. Reeder, Esq.<br>Yaw-Jium Wi, Esq.<br>333 S. Hope St., 48th Fl.<br>Los Angeles, CA 90071<br>creeder@sheppardmullin.com<br>gwu@sheppardmullin.com<br>Attorneys for Right Path |
| C. Bradley Vynalek, Esq.<br>One Renaissance Square<br>2 N. Central Ave.<br>Phoenix, AZ 85004<br>bvynalek@quarles.com<br>Attorneys for Ashley Coles | Craig A. Raby, Esq.<br>Office of the Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007<br>Craig.raby@azag.gov | Scott A. Rose, Esq.<br>Kerry M. Griggs, Esq.<br>1850 N. Central Ave., #2400<br>Phoenix, AZ 85004<br>srose@cavanaughlaw.com<br>kgriggs@cavanaughlaw.com<br>Attorneys for Central PHX Partners |
| Sheldon Sternberg, Esq.<br>3212 Rainbow Ridge Dr.<br>Prescott, AZ 86303<br>sheldonsternberg@q.com | Gerald T. Hickman, Esq.<br>2901 N. Central Ave., #1000<br>Phoenix, AZ 85012<br>ghickman@jbhhlaw.com<br>Attorneys for Mayer Hoffman McCann | Philip R. Rudd, Esq.<br>Ethan B. Minkin, Esq.<br>8601 N. Scottsdale Rd., #300<br>Scottsdale, AZ 85253<br>Philip.rudd@kutakrock.com<br>Ethan.minkin@kutakrock.com<br>Attorneys for Arizona Bank & Trust |
| Christopher S. Reeder, Esq.<br>Margaret M. Mann, Esq.<br>Gabriel G. Green, Esq.<br>333 S. Hope St., 48th Fl.<br>Los Angeles, CA 90071-1448<br>creeder@sheppardmullin.com<br>mmann@sheppardmullin.com<br>ggreen@sheppardmullin.com<br>Attorneys for Rightpath Limited Development Group; Maryland Way Partners; Daniel L. Hendon; Rick L. Burton; Raymond Rodriguez; Robert C. Banovac; Rightpath Limited; Glendale Jet Center | John J. Dawson, Esq.<br>John A. Harris, Esq.<br>One Renaissance Square<br>2 N. Central Avenue<br>Phoenix, AZ 85004<br>jdawson@quarles.com<br>jharris@quarles.com<br>Attorneys for Southwest Value Partners Fund XIV; Southwest Value Partners Finance I | Stanford E. Lerch, Esq.<br>Anthony E. DePrima, Esq.<br>4000 N. Scottsdale Rd., #107<br>Scottsdale, AZ 85251<br>slerch@ldlawaz.com<br>tdeprima@ldlawaz.com<br>Attorneys for Howard Farkash (Successor TTEE OFT) |
| Richard H. Herold, Esq.<br>3200 N. Central Ave., #800<br>Phoenix, AZ 85012-2428<br>rherold@hinshawlaw.com<br>Attorneys for Irwin Union Bank | Patrick R. Barrowclough, Esq.<br>3550 N. Central Ave., #1150<br>Phoenix, AZ 85012<br>Patrick.barrowclough@azbar.org<br>Attorneys for Chuck Niday, Trustee for Ross Verne Family Trust | Brian M. Bergin, Esq.<br>Catherine A. Sims, Esq.<br>6613 N. Scottsdale Rd., #200<br>Scottsdale, AZ 85250<br>bbergin@roselawgroup.com<br>csims@roselawgroup.com<br>Attorneys for Kelly Haddad; Navval Haddad |

| | | |
|---|---|---|
| Don C. Fletcher, Esq.<br>1850 N. Central Ave., #2400<br>Phoenix, AZ 85004<br>dfletcher@cavanaghlaw.com<br>Attorneys for Sorensen Companies | Michael W. Carmel, Esq.<br>80 E. Columbus Ave.<br>Phoenix, AZ 85012-2334<br>Michael@mcarmellaw.com<br>Attorneys for Vanderbilt Farms; Vistoso Partners; Ellsworth 160; Riggs/Queen Creek 480; ABCDW, LLC | Randy Nussbaum, Esq.<br>Dean Dinner, Esq.<br>14500 N. Northsight Blvd., #116<br>Scottsdale, AZ 85260<br>rnussbaum@nussbaumgillis.com<br>ddinner@nussbaumgillis.com<br>Attorneys for Official Unsecured Creditors Committee of Mortgages, Ltd. |
| Carolyn J. Johnsen, Esq.<br>Bradley J. Stevens, Esq.<br>Todd Adkins, Esq.<br>Todd B. Tuggle, Esq.<br>201 E. Washington St.<br>Phoenix, AZ 85004<br>cjjohnsen@jsslaw.com<br>bstevens@jsslaw.com<br>tadkins@jsslaw.com<br>ttuggle@jsslaw.com<br>Attorneys for Mortgages Ltd. | John M. McCoy, III, Esq.<br>Sandra W. Lavigna, Esq.<br>Ronnie B. Lasky, Esq.<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036-3648<br>mccoyj@sec.gov<br>lavignas@sec.gov<br>laskyr@sec.gov<br>Attorneys for U.S. Securities and Exchange Commission | Richard Patrick, Esq.<br>U.S. Attorney's Office<br>40 N. Central Ave., Ste. 1200<br>Phoenix, AZ 85004-4408<br>Richard.patrick@usdoj.gov |
| Cathy L. Reece, Esq.<br>Keith L. Hendricks, Esq.<br>3003 N. Central Ave., #2600<br>Phoenix, AZ 85012<br>creece@fclaw.com<br>khendricks@fclaw.com<br>Attorneys for Official Committee of Investors | Christopher A. LaVoy, Esq.<br>201 N. Central Ave., #3300<br>Phoenix, AZ 85004<br>cal@lavoychernoff.com<br>Attorneys for Sue Ross and Ted Dodenhoff | Robert Stenmoen<br>6791 W. Greenbriar Dr.<br>Glendale, AZ 85308<br>Part of Creditor Committee |
| Helen Gubin<br>2211 E. Camelback Rd., #906<br>Phoenix, AZ 85016<br>Part of Creditor Committee | Robert J. Spurlock, Esq.<br>2901 N. Central Ave., #1000<br>Phoenix, AZ 85012-3311<br>bspurlock@bffb.com<br>Attorneys for Foothills Plaza IV, LLC | S. Cary Forrester, Esq.<br>3636 N. Central Ave., #700<br>Phoenix, AZ 85012<br>scf@fwlawaz.com<br>Attorneys for the Lewis Trust |
| Richard M. Lorenzen, Esq.<br>2901 N. Central Ave., #2000<br>Phoenix, AZ 85012-2788<br>rlorenzen@perkinscoie.com<br>Attorneys for Goldenbridge Acquisition Holdings II | Mark S. Bostick, Esq.<br>1111 Broadway Road, 24th Floor<br>Oakland, CA 94607-4036<br>mbostick@wendel.com<br>Attorneys for Sheldon S. Kabaker, MD | Adam Harris, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>adam.harris@srz.com<br>Attorneys for Goldenbridge Acquisition Holdings II |
| Barry Monheit<br>8636 N. Via La Serena<br>Paradise Valley, AZ 85253 | Allen B. Bickart, Esq.<br>812 Clubhouse Drive<br>Prescott, AZ 86303<br>bickartlaw@aol.com<br>Attorneys for Carol Mahakian, et al. | David A. McCarville, Esq.<br>501 N. Florence Street, #101<br>Casa Grande, AZ 85222<br>david@mccarvillelawoffices.com<br>Attorneys for Normark Farms |
| William S. Jenkins, Esq.<br>Jase Steinberg, Esq.<br>One E. Camelback Rd., #500<br>Phoenix, AZ 85012<br>wsj@mjlegal.com<br>js@mjlegal.com | Robert J. Miller, Esq.<br>Bryce A. Suzuki, Esq.<br>2 North Central Ave., #2200<br>Phoenix, AZ 85004-4406<br>rjmiller@bryancave.com<br>Bryce.suzuki@bryancave.com<br>Attorneys for Hawkins Group and Rev Op Group | Michael P. Anthony, Esq.<br>Hannah Auckland, Esq.<br>3300 N. Central Ave., #1900<br>Phoenix, AZ 85012<br>manthony@carsonlawfirm.com<br>hauckland@carsonlawfirm.com<br>Attorneys for Harold/Thelma Jalowsky |

| | | |
|---|---|---|
| Richard H. Lee, Esq.<br>P.O. Box 7749<br>Phoenix, AZ 85011-0749<br>Lee@azbar.org<br>Attorneys for Irene Ahearn Revocable Trust | Adam B. Decker, Esq.<br>40 North Center, #200<br>Mesa, AZ 85201<br>adecker@jacksonwhitelaw.com<br>Attorneys for Farnsworth Wholesale Co. | David N. Ramras, Esq.<br>5060 N. 40th Street, #103<br>Phoenix, AZ 85018<br>david@ramraslaw.com<br>Attorneys for Cecile Silverman |
| Robert G. Furst, Esq.<br>7181 E. Camelback Rd., #206<br>Phoenix, AZ 85251<br>rgfurst@aol.com | Joseph E. Cotterman, Esq.<br>Lindsi M. Weber, Esq.<br>2575 E. Camelback Rd.<br>Phoenix, AZ 85016-9225<br>jec@gknet.com<br>lindsi.weber@gknet.com<br>Attorneys for William Parker | Jeffrey S. Kaufman, Esq.<br>5725 N. Scottsdale Rd., #190<br>Scottsdale, AZ 85250<br>jeff@kaufmanesq.com<br>Attorneys for Brien H. Butler, as Trustee of the Brien H. Butler Living Trust, Earl Geller as Trustee of the Martin Hershman Trust dated 10/17/96 and First Trust Company of Onaga, Custodian FBO Earl Geller IRA |
| Nancy J. March, Esq.<br>2525 E. Broadway Blvd., #200<br>Tucson, AZ 85716-5300<br>nmarch@dmyl.com<br>Attorneys for Radical Bunny, LLC | | |

109785.1