Dean Dinner, #010216
**NUSSBAUM & GILLIS, P.C.**
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
ddinner@nussbaumgillis.com

Attorneys for the Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| MORTGAGES LTD., an Arizona corporation, | Case No. 2:08-bk-07465-RJH |
| Debtor. | **VERIFIED STATEMENT AND DECLARATION PURSUANT TO RULE 2014 OF SIERRA CONSULTING GROUP, LLC, AS PROPOSED FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

STATE OF ARIZONA )
                             )
County of Maricopa )

Ted Burr, being first duly sworn, deposes and says:

    1. I am the Managing Principal of Sierra Consulting Group, LLC ("Sierra"), which is located at One Renaissance Square, Two North Central Avenue, Suite 700, Phoenix, Arizona 85004, and which is proposed to be retained as financial advisor for the Official committee of Unsecured Creditors in the above-captioned matter (the "Unsecured Committee").

    2. Sierra's rates are set forth in the Application for Order Authorizing and Approving the Employment of Sierra (the "Application').

    3. To the best of my knowledge, neither Sierra nor I have any connection with the Debtor, its largest creditors, or any other party-in-interest, or any of their respective

attorneys and accountants, the United States Trustee, or any person employed in the office of the Unites States Trustee.

4. I do not believe the foregoing presents a material conflict with Sierra's providing financial advisory services to the Unsecured Committee.

5. Sierra's members and employees may have had some personal or professional relationships with attorneys, accountants, restructuring advisors, employees or officers, or parties-in-interest in these cases. I do not have any knowledge of any such relationship that is material. To the extent that it is determined that any additional matters should be disclosed, the undersigned will supplement this Statement.

6. Sierra is a disinterested party as that term is defined by 11 U.S.C. § 101. It is not a creditor, equity security holder or an insider of the Debtor. Sierra will act in the best interest of the Unsecured Committee. Sierra neither represents nor holds an interest adverse t the interest of the estate with respect to the matter on which Sierra is employed.

7. Sierra is willing to serve as the financial advisor for the Unsecured Committee on the terms set forth in the Application.

DATED this 12 day of November 2008.

_____
Ted Burr

SUBSCRIBED AND SWORN TO before me this ___ day of November 2008, by Ted Burr.

Dian Thompson
~~Ted Burr~~ notary

My Commission Expires:

Apr. 12, 2010


LISA DIAN THOMPSON
Notary Public - Arizona
Maricopa County
My Comm. Expires Apr 12, 2010

2