**HARPER CHRISTIAN DICHTER GRAIF, P.C.**
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Fax: (602) 792-1710
E-mail: jgraif@hcdglaw.com
E-mail: jmatura@hcdglaw.com
E-mail: ebyrnes@hcdglaw.com

Jay R. Graif, State Bar No. 017246
Jeffrey C. Matura, State Bar No. 019893
Erin E. Byrnes, State Bar No. 021015

*Attorneys for Jeffrey C. Stone, Inc. d/b/a Summit Builders*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MORTGAGES LTD.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:08-bk-07465-RJH<br><br>Contested Matter |
| JEFFREY C. STONE, INC. d/b/a SUMMIT BUILDERS CONSTRUCTION COMPANY, an Arizona corporation,<br><br>Movant,<br><br>vs.<br><br>MORTGAGES LTD., an Arizona corporation,<br><br>Respondent. | **JOINDER IN SUMMERS GROUP, INC. d/b/a REXEL PHOENIX ELECTRIC'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>(Interest in Properties at 15 East Monroe Street, Phoenix, AZ 85004 and 7126 East Osborn Road, Scottsdale, AZ 85251) |

Pursuant to 11 U.S.C. § 362(d), Jeffrey C. Stone, Inc. d/b/a Summit Builders Construction Company ("Summit Builders" or "Movant"), joins in Movant Summers Group, Inc. d/b/a Rexel Phoenix Electric's request for relief from the automatic stay in this case, imposed pursuant to 11 U.S.C. § 362(a). More particularly, Summit Builders joins in Rexel's request that the stay in this case be terminated, or modified, to permit Summit Builders to re-initiate a lawsuit in state court to continue perfection of its mechanic's liens relating to the two properties identified above via a foreclosure action. Debtor has recorded

deeds of trust against each of these properties. This Joinder is supported by the following Memorandum of Points and Authorities, adopts the legal arguments of Movant Rexel, and relies upon the record in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

### JURISDICTION AND VENUE

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334, and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. Filing this motion commences a contested matter pursuant to Rule 901, Fed. R. Bankr. Pro.

3. This motion is made pursuant to 11 U.S.C. § 362(d)(1) and Rules 4001 and 9014, Fed. R. Bankr., and L. Bankr. R. 4001-1.

4. Venue is proper before this Court, pursuant to 28 U.S.C. §§ 1408 and 1409.

5. An involuntary Chapter 7 bankruptcy petition was filed on June 20, 2008, and the case was later converted to a Chapter 11 on June 24, 2008.

### BACKGROUND

6. Summit Builders furnished labor materials, machinery, fixtures and tools for construction of improvements and/or acted as the Construction Manager with regards to the two properties identified above.

7. The first of these properties is located at 15 East Monroe Street, Phoenix, Arizona 85004 (the "Hotel Monroe Project") and is reportedly owned by Central and Monroe, LLC. Summit Builders was not paid for its work and/or the materials it furnished and incorporated into the Hotel Monroe Project, and therefore Summit Builders prepared and recorded a mechanic's lien against the Hotel Monroe Project. The original lien against the Hotel Monroe Project was filed on July 3, 2008, at Maricopa County Recorder's No. 2008-0588969, and was subsequently amended on December 12, 2008, at Maricopa County Recorder's No. 2008-1054738. A copy of the original Hotel Monroe Project Lien and the Amended Notice and Claim of Lien are attached hereto as Exhibits A, and is incorporated by this reference.

2

8. Summit Builders is still owed the principal amount of $5,677,790.33 for the materials, machinery, fixtures, tool and/or other services furnished to the Hotel Monroe property.

9. The second property in which Summit Builders has an interest is located at 7126 East Osborn Road, Scottsdale, Arizona 85251 (the "Ten Lofts Project"), and is reputedly owned by Osborn III Partners, LLC. Summit Builders was not paid for the materials and/or work it furnished to, and which was incorporated into, the Ten Lofts Project, and Summit Builders therefore recorded a mechanic's lien against that property. The original lien against the Ten Lofts property was filed on July 3, 2008, at Maricopa County Recorder's No. 2008-0588970, and subsequently amended. Most recently, Summit Builders filed a Third Amended Notice and Claim of Lien on December 30, 2008, at Maricopa County Recorder's No. 2008-1093926. Copies of the original lien, and each amendment, against the Ten Lofts property are attached hereto as Exhibits B, and are incorporated by this reference.

10. Summit Builders is still owed the principal amount of $2,044,250.70 for the materials, machinery, fixtures, tools and/or other services that it furnished to the Ten Lofts property.

11. The Debtor allegedly financed both the Hotel Monroe and Ten Lofts projects.

12. On May 16, 2007, Mortgages Ltd. recorded a deed of trust against the Hotel Monroe property. A copy of that deed of trust is attached hereto as Exhibit C, and is incorporated by this reference. This recording was well after the construction had begun on the Hotel Monroe project, as evidenced by the mechanic's liens recorded by Contractors Abatement Services, Inc. and by KGM Builders, Inc., contractors with whom Summit contracted and paid. The pertinent portions of each of those liens are attached hereto as Exhibit D and E, respectively, and are incorporated by this reference.

13. On August 22, 2006, Mortgages Ltd. recorded a deed of trust against the Ten Lofts property. A copy of that deed of trust is attached hereto at Exhibit F, and is

3

1 incorporated by this reference. This recording was well after construction had begun on or before July 25, 2006, when over excavation operations began and fill dirt was delivered to the site.

14. Because the evidence strongly suggests the Debtor's lien position on both of these projects is junior to the mechanic's lien claimants pursuant to A.R.S. § 33-992(A), any mechanic's lien foreclosure action will necessary require Mortgages Ltd. to be named as a defendant, in order to fully and completely litigate the foreclosure action.

15. Pursuant to A.R.S. § 33-998(A), to continue the perfection of its liens against the Hotel Monroe and Ten Lofts Projects, Summit Builders was required to file a lien foreclosure action on December 30, 2008.

16. Summit Builders believes that because the filing of that action constitutes an effort to continue the perfection of its liens, rather than an enforcement action (in the strict sense of the word), the filing did not run afoul of 11 U.S.C. § 362 (and therefore should not be voided). Put differently, Summit Builders' lien foreclosure actions filed in state court are actions authorized by 11 U.S.C. § 546(b)(2). Summit Builders has, nevertheless, filed a notice contemporaneously herewith pursuant to 11 U.S.C. § 546(b)(2), in the event filing the same is necessary or warranted.

17. Out of an abundance of caution, however, Summit Builders intends to dismiss Mortgages Ltd. out of the state court action, and then re-file against the Debtor upon this Court's ruling on the instance motion and/or a termination or lifting of the automatic stay.

18. If this Court grants Summit Builders' request, it agrees not to execute upon any judgment it might obtain in state court concerning the two subject properties, without first obtaining this Court's approval to do so.

## **LEGAL ARGUMENT**

Summit Builders adopts the arguments set forth by Movant Rexel in its Memorandum of Points and Authorities, specifically on pages four through seven of its Motion for Relief from the Automatic Stay, as if those arguments were set forth originally

4

herein.

## CONCLUSION

WHEREFORE, Summit Builders respectfully requests that the Court enter an order in its favor as follows:

    A.    Granting its Motion for Relief from the Automatic Stay;

    B.    Terminating and/or modifying the automatic stay to the limited extent of allowing Summit Builders to proceed with foreclosure of its mechanic's liens in state court; and

    C.    Granting Summit Builders such additional and further relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED this 13th day of January, 2009.

HARPER CHRISTIAN DICHTER GRAIF, P.C.

By /s/Jay R. Graif
Jay R. Graif
Erin E. Byrnes
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
*Attorneys for Jeffrey C. Stone d/b/a Summit Builders*

COPIES of the foregoing, along with a copy of the notice and form of order, mailed this 13th day of January, 2009, to:

Jonathan E. Hess
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Bradley J. Stevens
Carolyn J. Johnsen
Kerry A. Hodges
Todd M. Adkins
Todd B. Tuggle
Jennings, Strouss & Salmon, PLC
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004
Attorneys for Debtor

| | |
|---|---|
| 1 | J. Matthew Derstine<br>Roshka, DeWulf & Patten, PLC |
| 2 | One Arizona Center<br>400 East Van Buren Street, Suite 800 |
| 3 | Phoenix, Arizona  85004<br>Attorney for Debtor |
| 4 | |
| 5 | John R. Clemency<br>Todd A. Burgess |
|   | Greenberg Traurig, LLP |
| 6 | 2375 East Camelback Road, Suite 700<br>Phoenix, Arizona  85016 |
| 7 | Attorneys for Debtor |
| 8 | Mark A. Nadeau<br>DLA Piper, LLP |
| 9 | 2415 East Camelback Road, Suite 700<br>Phoenix, Arizona  85016 |
| 10 | Attorney for Debtor |
| 11 | Shelton L. Freeman<br>Deconcini, McDonald, Yetwin & Lacy, PC |
| 12 | 7310 North 16th Street, Suite 330<br>Phoenix, Arizona  85020 |
| 13 | Attorneys for Debtor |
| 14 | Christopher H. Bayley<br>Donald. F. Ennis |
| 15 | Donald. F. Gaffney<br>Snell & Wilmer, LLP |
| 16 | One Arizona Center<br>400 East Van Buren |
| 17 | Phoenix, Arizona  85004<br>Attorneys for KGM Builders, Central & Monroe, LLC |
| 18 | and Osborn III Partners, LLC |
| 19 | Dean M. Dinner<br>Randy Nussbaum |
| 20 | Nussbaum & Gillis<br>14500 North Northsight Blvd., Suite 116 |
| 21 | Scottsdale, Arizona  85260<br>Attorneys for Official Committee of Unsecured Creditors |
| 22 | |
| 23 | Robert Stenmoen<br>6791 West Greenbriar Drive |
|    | Glendale, Arizona  85308 |
| 24 | Creditor Committee |
| 25 | Helen Gubin<br>2211 East Camelback Road, Suite 906 |
| 26 | Phoenix, Arizona  85016<br>Creditor Committee |
| 27 | |
| 28 | |

1 | Margaret A. Gillespie
  | Collins, May, Potenza, Baran & Gillespie, PC
2 | 201 North Central Avenue, Suite 2210
  | Phoenix, Arizona 85004
3 | Attorneys for Rexel Phoenix Electric
4 |
  | /s/Amanda Ferguson
5 |