Carolyn J. Johnsen – 011894
cjjohnsen@jsslaw.com
Bradley J. Stevens – 006723
bstevens@jsslaw.com
Todd B. Tuggle - 020948
ttuggle@jsslaw.com
Kerry A. Hodges - 025547
khodges@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Facsimile: (602) 495-2696

*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| Mortgages Ltd., | Case No. 2:08-bk-07465-RJH |
| Debtor. | **APPLICATION TO EMPLOY REAL ESTATE BROKER** |

Pursuant to 11 U.S.C. § 327(a), Mortgages Ltd. ("Debtor") requests that the Court authorize it to employ a real estate broker. In support of this request, Debtor states:

1. Among the property of the estate is an approximately 4-acre parcel of vacant real property located in the vicinity of Central Avenue and Highland Avenue (the "Property").

2. On May 4, 2009, Debtor filed an emergency motion in this Court to authorize the sale of this Property pursuant to certain bidding procedures (the "Motion").

3. A hearing has been set on May 19, 2009, at 9:00 a.m. to consider the Motion, and if approved, a Court-conducted auction will immediately follow.

4. Debtor would like to employ Kelton Companies, LLC ("Kelton") on the terms and conditions set forth in the Letter Agreement (the "Agreement") attached hereto as

**Exhibit A** and incorporated herein by this reference to solicit bids for the Property ("Kelton Bidders"). Debtor believes that the rendering of these services will bring value to the estate by ensuring that the Property is sold for the most competitive price.

5. In exchange for its services, Kelton will receive a commission of 5% of the first $100,000 exceeding $2,700,000 and 10% of the amount exceeding $2,800,000 on the highest bid made by a "Kelton Bidder," i.e., someone other than Secured Capital Management Co., LLC, Stratera Portfolio Advisors, LLC, or Chitti Kang. For example, if a Kelton Bidder bids $3,000,000, Kelton's commission would be $5,000 (5% of 2.8m – 2.7m) plus $20,000 (10% of $3m - $2.8m) for a total commission of $25,000.

6. Debtor is informed and believes that Kelton (a) has no connection with the Debtor, its creditors or other parties in interest in this Chapter 11 case, (b) does not hold or represent any interest adverse to the Debtor's estate, and (c) is a "disinterested person" as defined within section 101(14) of the Bankruptcy Code. The Declaration of R. Kelly McKone, Managing Member and Designated Broker of Kelton, in support of this Application is attached hereto as **Exhibit B** and incorporated herein by this reference.

Accordingly, Debtor requests the Court to authorize the employment of Kelton Companies, LLC on the terms set forth in the Agreement.

May 7, 2009.

JENNINGS, STROUSS & SALMON, P.L.C.


By */s/ Kerry A. Hodges*
   Carolyn J. Johnsen
   Bradley J. Stevens
   Todd B. Tuggle
   Kerry A. Hodges
   201 East Washington St., 11th Floor
   Phoenix, Arizona 85004-2385
   Attorneys for the Debtor

1  COPY of the foregoing e-mailed and/or
   mailed on May 7, 2009, to all parties
2  on the attached Service List:

3  /s/ Sue Bermingham

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3220846v1(60069.1)

Mortgages Ltd. Service List
2:08-bk-07465-RJH

| | | |
|---|---|---|
| John R. Clemency, Esq.<br>Todd A. Burgess, Esq.<br>Greenberg Traurig, LLP<br>2375 E. Camelback Road, #700<br>Phoenix, AZ 85015<br>clemencyj@gtlaw.com<br>burgesst@gtlaw.com<br>**Atty for:** Mortgages Ltd. | Jonathan E. Hess<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706<br>Jon.e.hess@usdoj.gov<br>**Atty for:** US Trustee | Donald L. Gaffney<br>Donald Fredrick Ennis<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>Phoenix, Arizona 85004-2202<br>dgaffney@swlaw.com<br>dfennis@swlaw.com<br>**Atty for:** Central & Monroe; KGM Builders; Osborn III Partners |
| David Wm. Engelman<br>Steven N. Berger<br>Bradley D. Pack<br>Engelman Berger, P.C.<br>3636 N. Central Avenue, #700<br>Phoenix, Arizona 85012<br>dwe@engelmanberger.com<br>snb@engelmanberger.com<br>bdp@engelmanberger.com<br>**Atty for:** Tempe Land Company | Robert A. Shull<br>Mariscal, Weeks, McIntyre & Friedlander<br>2901 N. Central, #200<br>Phoenix, Arizona 85012-2705<br>rob.shull@mwmf.com<br>**Atty for:** Artemus Realty Capital, and Gold Creek, Inc. | Shelton L. Freeman<br>Nancy J. March<br>DeConcini McDonald Yetwin & Lacy<br>7310 North 16th Street<br>Phoenix, Arizona 85020<br>tfreeman@dmylphx.com<br>nmarch@dmylphx.com<br>**Atty for:** Radical Bunny, LLC |
| Sean O'Brien<br>Gust Rosenfeld, PLC<br>201 E. Washington St., #800<br>Phoenix, AZ 85004-2327<br>spobrien@gustlaw.com<br>**Atty for:** Larry Lattig, Litigation Trustee | Richard R. Thomas<br>T. Whitney<br>Thomas Schern Richardson<br>1640 South Stapley Dr., #205<br>Mesa, Arizona 85204<br>rthomas@thomas-schern.com<br>twhitney@thomas-schern.com<br>**Atty for:** Eva Sperber-Porter, Litchfield Road Associates Limited Partnership, and Baseline & Val Vista Associates Limited Partnership | Daniel P. Collins<br>Collins, May, Potenza, Baran & Gillespie<br>201 North Central Ave., #2210<br>Phoenix, Arizona 85004-0022<br>dcollins@cmpbglaw.com<br>**Atty for:** William Hall |
| Dennis J. Wickman<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, California 92101<br>wickham@scmv.com<br>**Atty for:** Southwest Value Partners fund XIV, LP | Jerry L. Cochran<br>Cochran Law Firm, P.C.<br>2999 N. 44th Street, #600<br>Phoenix, Arizona 85018<br>jcochran@cochranlawfirmpc.com<br>**Atty for:** Metropolitan Lofts | Lawrence E. Wilk<br>Jonathan P. Ibsen<br>Jaburg & Wilk, P.C.<br>3200 North Central Ave, #2000<br>Phoenix, Arizona 85012-2440<br>lew@jaburgwilk.com<br>jpi@jaburgwilk.com<br>**Atty for:** Laura Martini |
| Kevin J. Blakley<br>Gammage & Burnham, P.L.C.<br>Two North Central Avenue, 18th Fl<br>Phoenix, Arizona 85004<br>Kblakley@gblaw.com<br>**Atty for:** Ronald L. Kohner | Gerald K. Smith<br>Lewis and Roca LLP<br>40 N. Central Ave., #1900<br>Phoenix, Arizona 85004-4429<br>gsmith@lrlaw.com<br>**Atty for:** the Estate Scott M. Cole and Trustee of the SMC Revocable Trust U/T/A | Terry A. Dake<br>Terry A. Dake, Ltd.<br>11811 North Tatum Blvd, #3031<br>Phoenix, Arizona 85028-1621<br>tdake@cox.net<br>**Atty for:** Penny Hardaway Investments |
| Rebecca J. Winthrop<br>Ballard Spahr Andrews & Ingersoll, LLP<br>2029 Century Park East, #800<br>Los Angeles, CA 90067-2909<br>winthropr@ballardspahr.com<br>**Atty for:** University & Ash, Roosevelt Gateway; Roosevelt Gateway II and KML Development | Dean C. Waldt<br>Ballard Spahr Andrews & Ingersoll, LLP<br>Plaza 1000 – Suite 500<br>Main Street<br>Voorhees, NJ 08043-4636<br>waldtd@ballardspahr.com<br>**Atty for:** University & Ash, LLC, Roosevelt Gateway, Roosevelt Gateway II and KML Development | Charles A. Lamar<br>Justin C. Lamar<br>818 North First Street<br>Phoenix, Arizona 85004<br>clamar@kmldevelopment.com<br>jlamar@kmldevelopment.com<br>**Atty for:** University & Ash; Roosevelt Gateway, Roosevelt Gateway II and KML Development |

| | | |
|---|---|---|
| Ryan W. Anderson<br>Guttilla Murphy Anderson, PC<br>4150 West Northern Avenue<br>Phoenix, AZ 85051<br>randerson@gamlaw.com<br>**Atty for:** Department of Financial Institutions | Jerome K. Elwell<br>Warner Angle<br>3550 N. Central, #1500<br>Phoenix, AZ 85012<br>jelwell@warnerangle.com<br>**Atty for:** Francine Haraway | C. Taylor Ashworth<br>Alissa C. Lacey<br>Stinson Morrison Hecker LLP<br>1850 N. Central Ave., #2100<br>Phoenix, AZ 85004<br>tashworth@stinson.com<br>alacey@stinson.com<br>**Atty for:** Oxford & Investor Group |
| Felecia A. Rotellini<br>Robert Charlton<br>Arizona Dept. of Financial Institutions<br>2910 N. 44th St., Suite 310<br>Phoenix, AZ 85018<br>frotellini@azdfi.gov<br>rcharlton@azdfi.gov | William J. Maledon<br>John L. Blanchard<br>Osborn Maledon<br>2929 N. Central Ave., #2100<br>Phoenix, AZ 85012<br>wmaledon@omlaw.com<br>Jblanchard@omlaw.com<br>**Atty for:** Rightpath Limited Development Group, LLC | Christopher S. Reeder<br>Yaw-Jium Wu<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope St., 48th Floor<br>Los Angeles, CA 90071<br>creeder@sheppardmullin.com<br>gwu@sheppardmullin.com<br>**Atty for:** Right Path |
| C. Bradley Vynalek<br>Quarles & Brady LLP<br>One Renaissance Square<br>2 North Central Avenue<br>Phoenix, AZ 85004<br>bvynalek@quarles.com<br>**Atty for:** Ashley Coles | Craig A. Raby<br>Office of the Attorney General<br>1275 W. Washington<br>Phoenix, AZ 85007<br>craig.raby@azag.gov | Scott A. Rose<br>Kerry M. Griggs<br>The Cavanaugh Law Firm<br>1850 N. Central Ave., #2400<br>Phoenix, AZ 85004<br>srose@cavanaghlaw.com<br>griggs@cavanaghlaw.com<br>**Atty for:** Central PHX Partners |
| Christopher A. LaVoy<br>LaVoy & Chernoff, PC<br>201 N. Central Avenue, #3300<br>Phoenix, AZ 85004<br>cal@lavoychernoff.com<br>**Atty for:** Sue Ross and Ted Dodenhoff | Robert J. Spurlock<br>Bonnett, Fairbourn, Friedman & Balint<br>2901 N. Central Avenue, #1000<br>Phoenix, AZ 85012-3311<br>bspurlock@bffb.com<br>**Atty for:** Foothills Plaza IV, LLC | S. Cary Forrester<br>Forrester & Worth, PLLC<br>3636 N. Central Avenue, #700<br>Phoenix, AZ 85012<br>scf@fwlawaz.com<br>**Atty for:** the Lewis Trust |
| Sheldon Sternberg<br>3212 Rainbow Ridge Drive<br>Prescott, AZ 86303<br>sheldonsternberg@q.com<br>**Atty for:** Pro Per | Cathy L. Reece<br>Fennemore Craig<br>3003 N. Central Ave., #2600<br>Phoenix, AZ 85012-2913<br>creece@fclaw.com<br>**Proposed Atty for:** Official Investor Committee | Philip R. Rudd<br>Ethan B. Minkin<br>Kutak Rock LLP<br>8601 N. Scottsdale Rd., #300<br>Scottsdale, AZ 85253<br>philip.rudd@kutakrock.com<br>ethan.minkin@kutakrock.com<br>**Atty for:** Arizona Bank & Trust |
| Christopher S. Reeder<br>Margaret M. Mann<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope St., 48th Floor<br>Los Angeles, CA 90071-1448<br>CReeder@sheppardmullin.com<br>MMann@sheppardmullin.com<br>**Atty for:** Rightpath Limited Development Group, Mayland Way Partners; Daniel L. Hendon; Rick L. Burton; Raymond Rodrigues; Robert C. Banovac; Rightpath Limited; and Gledale Jet Center | John J. Dawson<br>John A. Harris<br>Quarles & Brady LLP<br>One Renaissance Square<br>2 North Central Avenue<br>Phoenix, AZ 85004<br>jdawson@quarles.com<br>jharris@quarles.com<br>**Attt for:** Southwest Value Partners Fund XIV and Southwest Value Partners Finance I | Stanford E. Lerch<br>Anthony E. DePrima<br>Lerch and DePrima PLC<br>4000 N. Scottsdale Road, #107<br>Scottsdale, AZ 85251<br>slerch@ldlawaz.com<br>tdeprima@ldlawaz.com<br>**Atty for:** Howard Farkash (Successor TTEE OFT) |
| Richard H. Herold<br>Hinshaw & Culbertson LLP<br>3200 N. Central Ave., #800<br>Phoenix, AZ 85012-2428<br>rherold@hinshawlaw.com<br>**Atty for:** Irwin Union Bank | Patrick R. Barrowclough<br>Atkinson, Hamill & Barrowclough PC<br>3550 N. Central Ave., #1150<br>Phoenix, AZ 85012<br>Patrick.barrowclough@azbar.org<br>**Atty for:** Chuck Niday, Trustee for Ross Verne Family Trust | Brian M. Bergin<br>Catherine A. Sims<br>Rose Law Group, PC<br>6613 N. Scottsdale Rd. #200<br>Scottsdale, AZ 85250<br>bbergin@roselawgroup.com<br>csims@roselawgroup.com<br>**Atty for:** Kelly Haddad and Navval Haddad, Creditors |

# Mortgages Ltd. Service List
## 2:08-bk-07465-RJH

| | | |
|---|---|---|
| Don C. Fletcher<br>The Cavanagh Law Firm<br>1850 N. Central Ave., #2400<br>Phoenix, AZ 85004<br>dfletcher@cavanaghlaw.com<br>**Atty for:** Sorenson Companies | Michael W. Carmel<br>Michael W. Carmel, Ltd.<br>80 East olumbus Avenue<br>Phoenix, AZ 85012-2334<br>Michael@mcarmellaw.com<br>**Atty for:** Vanderbilt Farms, Vistoso Partners, Ellsworth 160, Riggs/Queen Creek 480, ABCDW, LLC | Gabriel G. Green<br>Sheppard, Mullin, Richter Hampton, LLP<br>333 S. Hope St., 48th Floor<br>Los Angeles, CA 90071-1448<br>GGreen@sheppardmullin.com<br>**Atty for:** Rightpath Limited Development, Maryland Way Partners, Daniel L. Hendon, Rick L. Burton, Raymond Rodriguez, Robert C. Banovac; Glendale Jet Center |
| Randy Nussbaum<br>Dean M. Dinner<br>Nussbaum & Gillis<br>14500 N. Northsight Blvd. #116<br>Scottsdale, AZ 85260<br>rnussbaum@nussbaumgillis.com<br>ddinner@nussbaumgillis.com<br>**Atty for:** Committee of Unsecured Creditors | Gerald T. Hickman<br>Jardine, Baker, Hickman & Houston<br>3300 North Central Ave. #2600<br>Phoenix, AZ 85012<br>ghickman@jbhhlaw.com<br>**Atty for:** Mayer Hoffman McCann | Richard M. Lorenzen<br>Perkins Coie Brown & Bain<br>2901 North Central Ave., #2000<br>Phoenix, AZ 85012-2788<br>rlorenzen@perkinscoie.com<br>**Atty for:** Goldenbridge Acquisition Holdings II |
| Mark S. Bostick<br>Wendel, Rosen, Black & Dean<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036<br>mbostick@wendel.com<br>**Atty for:** Sheldon S. Kabaker, MD | U.S. Securities & Exchange Commission<br>Attn: David Brown<br>Attn: Sandra W. Lavigna<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-3648<br>browndav@sec.gov<br>lavignas@sec.gov | Adam Harris<br>Schulte Roth & Zabel<br>919 Third Avenue<br>New York, NY 10022<br>adam.harris@srz.com<br>**Atty for:** Goldenbridge Acquisition Holdings II |
| Barry Monheit<br>8636 N. Via La Serena<br>Paradise Valley, AZ 85253 | Allen B. Bickart<br>Allen B. Bickart, PC<br>812 Clubhouse Drive<br>Prescott, AZ 86303<br>bickartlaw@aol.com<br>**Atty for:** Carol Mahakian, et al | David A. McCarville<br>McCarville Law Offices<br>501 N. Florence St., #101<br>Casa Grande, AZ 85222<br>david@mccarvillelawoffices.com<br>**Atty for:** Normark Farms |
| Carolyn Goldman<br>Mortgages Ltd.<br>4455 E. Camelback Road<br>Phoenix, AZ 85018<br>carolyngoldman@aol.com | William Scott Jenkins<br>Jase Steinberg<br>Myers & Jenkins<br>One E. Camelback Road, #500<br>Phoenix, AZ 85012<br>wsj@mjlegal.com<br>js@mjlegal.com | Robert J. Miller<br>Bryce A. Suzuki<br>Bryan Cave<br>2 North Central Ave., #2200<br>Phoenix, AZ 85004-4406<br>rjmiller@bryancave.com<br>bryce.suzuki@bryancave.com<br>**Atty for:** Hawkins Group and Rev Op Group |
| Michael P. Anthony<br>Hannah Auckland<br>Carson Messinger Elliott Laughlin & Ragan<br>3300 N. Central Ave. #1900<br>Phoenix, AZ 85012<br>manthony@carsonlawfirm.com<br>hauckland@carsonlawfirm.com<br>**Atty for:** Harold/Thelma Jalowsky | Richard H. Lee<br>Law Offices of Richard H. Lee<br>P. O. Box 7749<br>Phoenix, AZ 85011-0749<br>Lee@azbar.org<br>**Atty for:** Irene Ahearn Revocable Trust | Adam B. Decker<br>Jackson White<br>40 North Center, #200<br>Mesa, AZ 85201<br>adecker@jacksonwhitelaw.com<br>**Atty for:** Farnsworth Wholesale Co. |
| David N. Ramras<br>Ramras Law Offices PC<br>5060 N. 40th Street, #103<br>Phoenix, AZ 85018<br>david@ramraslaw.com<br>**Atty for:** Cecile Silverman | Robert G. Furst<br>7181 E. Camelback Road, #206<br>Phoenix, AZ 85251<br>rgfurst@aol.com | Joseph E. Cotterman<br>Lindsi M. Weber<br>Gallagher & Kennedy<br>2575 E. Camelback Road<br>Phoenix, AZ 85016-9225<br>jec@gknet.com<br>lindsi.weber@gknet.com<br>**Atty for:** William Parker, Susan |

| | | & Timothy Hoffland |
|--|--|--|

# EXHIBIT A

**Kelton Companies, LLC**
5070 North 40th Street, Suite 230
Phoenix, Arizona 85018
Phone: (602) 840-6081
Fax: (602) 840-6093



Kelly McKone
Principal

Wednesday, May 06, 2009

*Via Email Delivery*

Ms. Christine Zahedi
Chief Operating Officer
Mortgages Ltd.
4555 East Camelback Road
Suite B-100
Phoenix, AZ 85018

Re: Commission Agreement - 3.4 +/- acres at the Southwest corner of Central and Highland Avenues, Phoenix, Arizona (the "Property")

Dear Christine:

It is understood that Mortgages Ltd. wishes to retain Kelton Companies, LLC for the purpose of procuring and assisting parties who choose to participate in the bidding for the sale of the above-referenced Property. We are prepared to use our best efforts to procure and assist qualified parties that participate in the bidding process ("Kelton Bidders"). For the purposes of this agreement the only bidders excluded from this agreement are Secured Capital/Stratera and Chitti Kang. Any other bidder shall be considered a Kelton Bidder.

In the event that a Kelton Bidder bids during the sale hearing, Kelton Companies shall be paid a commission in the amount of 5% of the first $100,000 exceeding $2,700,000 and 10% of the amount over $2,800,000. For example, if the highest "Kelton Bidder" bids $3,000,000 our commission would be $5,000 (5% of $2.8m-$2.7m) plus $20,000 (10% of $3m-$2.8m) for a total commission of $25,000. If Secured Capital/Stratera is the highest bid received, Kelton shall be paid upon the date of the approval of the Plan of Reorganization. For any other buyer, Kelton shall be paid upon the close of escrow.

If the foregoing accurately describes our agreement, please indicate so by signing in the space provided below and return a copy of this letter to me. We would also appreciate your providing documentation that this agreement has been accepted and approved by the Bankruptcy Court.

Thank you for the opportunity to work on this project.

Sincerely,

*[signature]*

Kelly McKone
Principal
602-840-6081

AGREED AND ACCPETED:
Mortgages Ltd.

By: *[signature]*
Christine Zahedi

Its: Chief Operating Officer

Date: 5.7.09

# EXHIBIT B

Carolyn J. Johnsen – 011894
cjjohnsen@jsslaw.com
Bradley J. Stevens – 006723
bstevens@jsslaw.com
Todd B. Tuggle - 020948
ttuggle@jsslaw.com
Kerry A. Hodges - 025547
khodges@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Facsimile: (602) 495-2696

*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Mortgages Ltd.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:08-bk-07465-RJH<br><br>**DECLARATION OF R. KELLY MCKONE IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY REAL ESTATE BROKER** |

I, R. Kelly McKone, hereby declare as follows:

1. I am a licensed real-estate broker in the state of Arizona, experienced in rendering real-estate services to owners of land and income properties.

2. I am the Managing Member and Designated Broker for Kelton Companies, LLC, and am authorized to make this declaration on its behalf.

3. I am willing to accept employment by the Debtor and Debtor-in-Possession on the basis set forth in the annexed Application. I do not have any interest adverse to the Debtor or the estate in connection with the matters for which I am to be employed, and I am a disinterested person within the meaning of 11 U.S.C. 101(13).

3220873v1(60069.1)

| 1 | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ R. Kelly McKone

3220873v1(60069.1)