# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Mortgages Ltd. |
| **Case Number:** | 2:08-bk-07465-RJH      **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MAY 18, 2009 01:15 PM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

MOTION TO CONVERT CASE TO CHAPTER 7 FILED BY 2440 LLC

**R / M #:**  1,488 / 0

**VACATED:  Motion Withdrawn - Hrg vacated 5/4/9**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Motion Withdrawn - Hrg vacated 5/4/9

Case 2:08-bk-07465-RJH   Doc 1741   Filed 05/18/09   Entered 05/18/09 09:12:16   Desc
Main Document   Page 1 of 1

05/18/2009  9:11:25AM