IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Official Committee of Investors,<br><br>      Appellant,<br><br>vs.<br><br>Mortgages, Ltd., et al.,<br><br>      Appellees. | No. CV 08-2284-PHX-MHM<br><br>**ORDER** |

     In this Bankruptcy appeal, on April 17, 2009, the Court granted Appellant a second extension of time in which to file its opening brief. (Doc. # 12) After Appellant failed to file its brief within the additional sixty days granted by the Court, on June 19, 2009, the Court gave notice that the action would be dismissed if, within ten days, Appellant failed to show good cause for this failure. (Doc. # 13) Appellant having failed to file its opening brief and having failed to show good cause for this failure,

     **IT IS ORDERED** dismissing this case pursuant to LRBankr 8009-1(c)(2) and 8020-1.

/ / /

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment
2  accordingly.
3  DATED this 1st day of July, 2009.

_____
Mary H. Murguia
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Official Committee of Investors, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Appellant, | ) | CV08-2284-PHX-MHM |
| | ) | |
| v. | ) | |
| | ) | |
| Mortgages, Ltd., et al. | ) | |
| | ) | |
| Appellees. | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 1, 2009, the complaint and action are hereby dismissed pursuant to LRBankr 8009-1(c)(2) and 8020-1.

July 1, 2009                                                 RICHARD H. WEARE
Date                                                               District Court Executive/Clerk

                                                                       s/E.Leon
                                                                       By: Deputy Clerk